IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

RICHARD F. WEAVER, JR.,

    Petitioner,

v.

BRIGITTE AMSBERRY,

    Respondent.

Case No. 2:16-cv-02226-MO

JUDGMENT

MOSMAN, J.,

    Based upon the Order of the Court [ECF 121], it is ordered and adjudged that Petitioner Richard Weaver's Amended Petition for Writ of Habeas Corpus [ECF 62] is GRANTED. Accordingly, Weaver's guilty plea in Marion County Circuit Court Case No. 10C42882 is vacated. The State of Oregon shall have 90 days from the date of this Judgment in which to initiate new trial proceedings against Weaver or to release him from custody.

    DATED this 2d day of February, 2022.

                                                    MICHAEL W. MOSMAN
                                                  United States District Judge

1 – JUDGMENT