**Nell Brown**
**Assistant Federal Public Defender**
**101 SW Main Street, Suite 1700**
**Portland, Oregon 97204**
**Tel: (503) 326-2123**
**Fax: (503) 326-5524**
**Email: nell_brown@fd.org**

**Attorney for Petitioner**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

**RICHARD F. WEAVER, JR.**

                **Petitioner,**

                **v.**

**BRIGITTE AMSBERRY, Warden,**
**Two Rivers Correctional Institution,**

                **Respondent.**

**Case No. 2:16-cv-02226-MO**

**EXHIBITS IN SUPPORT OF PETITIONER'S MOTION FOR RELEASE PENDING APPEAL**

Petitioner submits the following exhibits in support of his Motion for Release Pending Appeal in the above-captioned matter.

| Exhibit | Description | Page |
|---|---|---|
| Exhibit A | Oregon Dept. of Corrections Programming Records | 2 |
| Exhibit B | Reference Letters | 25 |
| Exhibit C | Iron Tribe Housing Agreement | 34 |
| Exhibit D | Community Support Letters | 41 |
| Exhibit E | Full Circle Society Mission Statement and Program Outline | 47 |
| Exhibit F | Information Regarding Medical Issues | 54 |

Respectfully submitted on March 14, 2022.

/s/ *Nell Brown*
Nell Brown
Attorney for Petitioner

# Petitioner's Exhibit A

# *Thanks*

*to*

# *Richard Weaver*

for participating in the
High Desert Toastmaster's
*The benefits of prosocial interaction through impression management"*
Event



*May 6, 2017*

**Ed Keeney, DTM** *12*
**High Desert Club Liaison**

# *Certificate of Completion*

# *This Certificate is Awarded to*

# RICHARD WEAVER

In recognition of your participation in and successful
completion of the Blood borne pathogen training at
Two Rivers Correctional Institution (TRCI).



_Handyen_

D HARDY, RN (08/2017)

November 09, 2021



*Discover*
## Chemeketa
Community College

## CHEMEKETA COMMUNITY COLLEGE
### College Inside Application

Rick Weaver,

Your application for Chemeketa's College Inside program has been received and was not selected at this time for the upcoming term. You are invited to reapply once College Inside is open to applications again.

Please do not be discouraged, this particular round of applications was extremely competitive with less openings than prior terms due to COVID19-related factors at the DOC. We will be opening for applications again in the future and hope that you consider applying again.

If your release date is coming up soon, this could be the reason why your application was not selected as there may not be enough time left in your sentence to complete the program "inside." Please consider applying for Chemeketa upon release in this case!

Thank you for your time and please contact the education department or your correctional counselor if you have any questions,

Sincerely,

- *Chemeketa Community College, College Inside*

Location:  4000 Lancaster Drive NE, Salem, OR
Mailing Address:  PO Box 14007, Salem, OR 97309-7070
General Information:  503.399.5000

chemeketa.edu
**Ex. A, Page 3 of 22**

CLK
BAGHOOMA

...rned Time Computation Fo...

Offender ID..... 8855258 Weaver, Richard Francis Jr   AIC(13-32B)   OSCI
Counselor, S MERRELL 503-373-0189 LOW
Date............... 10/25/2021   Caseload.. 00346   Class.. 4
Institution admission. 10/25/2011
137.635: N   137.700: Y   Projected release..... 5/21/2035
Compliant hours: 56.0
Review period...... 4/25/2021 to 10/25/2021   AMENDED: | |

---

## RECOMMENDATION SECTION

Comments: _____

_____

Final Review: Y (N)

Programming Retraction of "C" Review:___

OCP Compliance:   Non-Compliance  Compliance

Institution Conduct(#of DR's):____   Non-Compliance  Compliance

Final Determination: | | None   0%

| | Partial 10% for Sentence Eligible for 20% Earned Time
15% for Sentence Eligible for 30% Earned Time

|Q| Full   20% or 30% Based on Sentence Eligibility

Signature:_____   Date: 11|22|21
Designee

---

## RECORDS SECTION

Current Earned Date: 5|21|35

Current Proj Rel Dt: 5|21|35  |X| AIC Not Eligible for Sentence
Reduction During this Review
Print Face Sheet: Y (N)

Guidelines for review contained in Division Rule #97.

CD 1154D

```
CLS521BR                        Corrections Information Systems                    5/24/21
BAGHOOMA                          Earned Time Computation Form                    10:23:21
                                                                                  Page    1
```

```
Offender ID..... 8855258 Weaver, Richard Francis Jr     AIC(11-48B)         OSCI
                                   Counselor. S MERRELL 503-373-0189 LOW
Date............... 4/25/2021      Caseload.. 00346    Class.,  4
                                   Institution admission. 10/25/2011
137.635: N   137,700: Y            Projected release..... 5/21/2035
                                   Compliant hours:    .0
Review period...... 10/25/2020 to   4/25/2021                         AMENDED:  | |
```

| TYPE | PROGRAM | SECTION | DESCRIPTION | ENTRY DATE | EXIT DATE | CODE |
|------|---------|---------|-------------|-----------|----------|------|
| JOB | PHYSPLNT | LAWNGARDEN | Lawns and Gardens | 10/24/2020 | 2/17/2021 | SEGR |
| PRIV | MEALS | BREAKFAST2 | Early rel PHYSICAL PLAN | 10/24/2020 | 2/17/2021 | SEGR |
| PRIV | MEALS | LUNCH04 | Early rel PHYSICAL PLAN | 10/24/2020 | 2/17/2021 | SEGR |
| IDLE | DISCSEGR | DISCSEGR | Unit 5 Segregation | 2/17/2021 | 2/18/2021 | MJOB |
| IDLE | REVIEW | REVIEW | AICs on Review Status | 2/18/2021 | | |

```
CLS521BR                    Corrections Information System       11/23/20
BAGHOOMA                      Earned Time Computation Form       10:56:40
                                                                 Page   1


Offender ID.....  8855258 Weaver, Richard Francis Jr   AIC(11-08B)    OSCI
                             Counselor. S MERRELL 503-373-0189 LOW
Date................ 10/25/2020    Caseload.. 00346  Class.. 4
                             Institution admission. 10/25/2011
                             Projected release.....  5/21/2035
137.635: N   137.700: Y      Compliant hours: 40.0
                                                       AMENDED:   |  |
Review period......  4/25/2020 to  10/25/2020
```

| TYPE | PROGRAM | SECTION | DESCRIPTION | ENTRY DATE | EXIT DATE | CODE |
|------|---------|---------|-------------|------------|-----------|------|
| RELI | RELIACT | NATIVE 01 | Drum/Talking Circle | 1/13/2020 | 9/12/2020 | SEGR |
| RELI | RELISVCS | NATIVE 01 | Sweat Lodge | 1/13/2020 | 9/12/2020 | SEGR |
| RELI | RELIACT | ACTIVITY07 | Refuge Recovery (Buddhi | 1/31/2020 | 9/12/2020 | SEGR |
| RELI | RELISVCS | BUDDHIST01 | Buddhist Meditation | 1/31/2020 | 9/12/2020 | SEGR |
| RELI | RELIACT | MEDIT 02 | General Meditation | 3/04/2020 | 9/12/2020 | SEGR |
| JOB | INSTSERV | ORDERLY4 | Assitive Living Orderli | 5/01/2020 | 6/25/2020 | MJOB |
| JOB | MOD OPS | MOD OPS 14 | modified operations cov | 6/26/2020 | 8/26/2020 | MJOB |
| JOB | PHYSPLNT | LAWNGARDEN | Lawns and Gardens | 8/27/2020 | 9/12/2020 | SEGR |
| PRIV | MEALS | BREAKFAST2 | Early rel PHYSICAL PLAN | 8/27/2020 | 9/12/2020 | SEGR |
| PRIV | MEALS | LUNCH04 | Early rel PHYSICAL PLAN | 8/27/2020 | 9/12/2020 | SEGR |
| IDLE | DISCSEGR | DISCSEGR | Inmates Sanctioned to D | 9/12/2020 | 9/14/2020 | EMRG |
| JOB | PHYSPLNT | LAWNGARDEN | Lawns and Gardens | 9/22/2020 | 10/04/2020 | HSMD |
| JOB | MOD OPS | MOD OPS 18 | modified operations cov | 10/13/2020 | 10/13/2020 | TEMP |
| JOB | MOD OPS | MOD OPS 18 | modified operations cov | 10/14/2020 | 10/14/2020 | TEMP |
| JOB | MOD OPS | MOD OPS 18 | modified operations cov | 10/15/2020 | 10/15/2020 | TEMP |
| JOB | MOD OPS | MOD OPS 18 | modified operations cov | 10/16/2020 | 10/16/2020 | TEMP |
| JOB | MOD OPS | MOD OPS 18 | modified operations cov | 10/19/2020 | 10/19/2020 | TEMP |
| JOB | MOD OPS | MOD OPS 18 | modified operations cov | 10/20/2020 | 10/20/2020 | TEMP |
| JOB | MOD OPS | MOD OPS 18 | modified operations cov | 10/21/2020 | 10/21/2020 | TEMP |
| JOB | MOD OPS | MOD OPS 18 | modified operations cov | 10/22/2020 | 10/22/2020 | TEMP |
| IDLE | A&O | A&O | Admissions & Orientatio | 10/23/2020 | 10/23/2020 | MJOB |
| JOB | MOD OPS | MOD OPS 18 | modified operations cov | 10/23/2020 | 10/23/2020 | TEMP |
| JOB | PHYSPLNT | LAWNGARDEN | Lawns and Gardens | 10/24/2020 | | |
| PRIV | MEALS | BREAKFAST2 | Early rel PHYSICAL PLAN | 10/24/2020 | | |
| PRIV | MEALS | LUNCH04 | Early rel PHYSICAL PLAN | 10/24/2020 | | |

```
CLS521BR                Corrections Information Systems          5/26/20
WRAYK                   Earned Time Computation Form             7:39:12
                                                                  Page  1


Offender ID..... 8855258 Weaver, Richard Francis Jr   Inmate(4-48B )   OSCI
                         Counselor. S MERRELL 503-373-0189 LOW
Date............... 4/25/2020     Caseload.. 00346   Class.. 4
                                  Institution admission. 10/25/2011
137.635: N   137.700: Y           Projected release..... 5/21/2035
                                  Compliant hours:   .0
Review period...... 10/25/2019 to  4/25/2020               AMENDED:  | |
```

| TYPE | PROGRAM | SECTION | DESCRIPTION | ENTRY DATE | EXIT DATE | CODE |
|------|---------|---------|-------------|------------|-----------|------|
| RELI | RELISVCS | NATIVEPRG2 | Native Program pm | 1/18/2018 | 11/22/2019 | SEGR |
| RELI | RELISVCS | DRUMWSHP01 | Drumming Worship | 1/18/2018 | 11/22/2019 | SEGR |
| INST | INST-ACT | INCYR3WE03 | Level 3 Act Wedneday 1: | 4/16/2019 | 11/22/2019 | SEGR |
| IDLE | WAITLIST | WAITCLEAN | W/L for Clean crew 1,2, | 8/08/2019 | 11/25/2019 | SEGR |
| IDLE | WORKPOOL | WORKPOOL | ANY CLASS LEVEL INMATES | 9/05/2019 | 11/25/2019 | MBED |
| RELI | RELISVCS | VEDANTA01 | Vedanta | 9/11/2019 | 11/22/2019 | SEGR |
| INST | INST-ACT | ACTIVITY01 | Monday  6-8:00 pm Movie | 11/15/2019 | 11/21/2019 | SUCC |
| RELI | RELISPEC | NATVTLKCRL | Native American Talking | 11/21/2019 | 11/22/2019 | SEGR |
| RELI | RELISPEC | NATVTLKCR1 | Native American Talking | 11/22/2019 | 11/22/2019 | SEGR |
| IDLE | DISCSEGR | DISCSEGR | Disciplinary Segregatio | 11/22/2019 | 1/09/2020 | ADMN |
| IDLE | DISCSEGR | DISCSEGR | Disciplinary Segregatio | 12/05/2019 | 1/09/2020 | ADMN |
| IDLE | A&O | A&O | Admissions & Orientatio | 1/09/2020 | 2/24/2020 | SUCC |
| RELI | RELIACT | NATIVE 01 | Drum/Talking Circle | 1/13/2020 | | |
| RELI | RELISVCS | NATIVE 01 | Sweat Lodge | 1/13/2020 | | |
| RELI | RELIACT | ACTIVITY05 | Gender Studies (C.A.G.E | 1/31/2020 | 2/03/2020 | DDRP |
| RELI | RELIACT | ACTIVITY06 | Calvary Chapel | 1/31/2020 | 3/02/2020 | DDRP |
| RELI | RELIACT | ACTIVITY07 | Refuge Recovery (Buddhi | 1/31/2020 | | |
| RELI | RELISVCS | BUDDHIST01 | Buddhist Meditation | 1/31/2020 | | |
| RELI | RELISPEC | SPECIAL 02 | Kirtan | 2/14/2020 | 3/19/2020 | SUCC |
| JOB | KITCHEN | LINESRVNN5 | Line Server Noon  Wed./ | 2/21/2020 | 2/24/2020 | MJOB |
| RELI | RELIACT | MEDIT 02 | General Meditation | 3/04/2020 | | |
| JOB | INSTSERV | ORDEMEDI01 | Special needs ord(unit1 | 4/04/2020 | 4/24/2020 | MJOB |

```
CLe Nov. 25. 2019  7:32AM    ODOC-CCCF-C3FZ007DR-5035706906, Systems      No. 8500  P. 5/8/25/19
RUDISHAK                    .  ned Time Computation F(  h                          7:13:30
                                                                                   Page    1
```

Offender ID..... 8855258 Weaver, Richard Francis Jr    Inmate(DS143 )  TRCI
                         Counselor. H.DEMOS LOW 541-922-6044

Date................ 10/25/2019    Caseload.. 14018  Class.. 4
                                   Institution admission. 10/25/2011

137.635: N   137.700: Y            Projected release..... 5/21/2035
                                   Compliant hours:    .0

Review period...... 4/25/2019 to  10/25/2019              AMENDED: | |

| TYPE | PROGRAM | SECTION | DESCRIPTION | ENTRY DATE | EXIT DATE | CODE |
|------|---------|---------|-------------|------------|-----------|------|
| INST | INST-ACT | BAND PW 2 | POW WOW BAND 2 THUR 830 | | 8/15/2019 | EAPP |
| RELI | RELIACT | SPIRITBEAD | Spirit beading Mon 1-4p | | 4/25/2019 | EAPP |
| INST | INST-ACT | ARTPROGR02 | Mural Project | | 6/20/2019 | DDRP |
| RELI | RELISVCS | NATIVEPRG2 | Native Program | 1/18/2018 | 11/22/2019 | SEGR |
| RELI | RELISVCS | DRUMWSHP01 | Drumming Worship | 1/18/2018 | 11/22/2019 | SEGR |
| RELI | RELIACT | MUSCTHRPY | MusicTherapy&PercusionM | 1/18/2018 | 9/09/2019 | SUCC |
| JOB | ORDERLYS | CLEANCREW3 | Cleaning Crew 3 days/wk | 5/24/2019 | 6/18/2019 | MJOB |
| INST | INST-ACT | INCYR3WE03 | Level 3 Act Wedneday 1: | 4/16/2019 | 11/22/2019 | SEGR |
| INST | INST-ACT | ACTIVITY10 | Toastmasters 10/26 | 4/26/2019 | 6/06/2019 | SUCC |
| INST | INST-ACT | ACTIVITY08 | Activity Night 10/30 Jo | 5/14/2019 | 5/17/2019 | SUCC |
| RELI | RELISPEC | TLKCRCLE01 | Native Amer. Talk Circl | 5/14/2019 | 5/21/2019 | SUCC |
| RELI | RELISPEC | VENDANTA01 | VendantaService MON7/22 | 5/15/2019 | 5/21/2019 | DDRP |
| INST | INST-ACT | ACTIVITY08 | Activity Night 10/30 Jo | 5/31/2019 | 6/07/2019 | SUCC |
| JOB | UNIT 13 | ORDERLY 03 | Unit 13 Orderlies | 6/18/2019 | 7/01/2019 | CSEC |
| EDUC | WFDASSM | CASASTST08 | CasasTest | 6/20/2019 | 6/24/2019 | SUCC |
| JOB | UNIT 13 | ORDERLY 07 | Unit 13 Orderly | 7/01/2019 | 8/14/2019 | MEDC |
| RELI | RELISPEC | SPIRTWALK1 | SPIRIT WALK 7/10-12 201 | 7/09/2019 | 7/12/2019 | SUCC |
| RELI | RELISPEC | VENDANTA01 | VendantaService MON7/22 | 7/19/2019 | 7/24/2019 | SUCC |
| INST | INST-ACT | ACTIVITY01 | Monday  6-9:00 pm | 7/26/2019 | 7/31/2019 | SUCC |
| RELI | RELISPEC | NATVTLKCRL | Native American Talking | 8/02/2019 | 8/08/2019 | SUCC |
| RELI | RELIACT | POWWOWDRUM | POW WOW DRUMMERS WED 10 | 8/08/2019 | 8/21/2019 | SUCC |
| IDLE | WAITLIST | WAITCLEAN | W/L for Clean crew 1,2, | 8/08/2019 | | |
| IDLE | MEDIDLE | MEDICAL | Medically restricted in | 8/14/2019 | 9/04/2019 | EAPP |
| INST | INST-ACT | BAND PW | POW WOW BAND MON 830-10 | 8/15/2019 | 8/15/2019 | EAPP |
| INST | INST-ACT | ACTIVITY2B | Pow Wow  8/24 | 8/21/2019 | 8/27/2019 | SUCC |
| RELI | RELISVCS | DRUMPOWWOW | DrummingforPowWow3rd Su | 8/23/2019 | 9/09/2019 | SUCC |
| IDLE | WORKPOOL | WORKPOOL | ANY CLASS LEVEL INMATES | 9/05/2019 | | |
| RELI | RELISVCS | VEDANTA01 | Vedanta | 9/11/2019 | 11/22/2019 | SEGR |

```
05:03:09 p.m. 05-24-2019   | 2 |        5035706904
```

CLS521BR                   Corrections Information Systems                  5/24/19
HOFMANNS              (circle) Earned Time Computation Program              7:32:18
                                                                           Page   1

Offender ID..... 8855258 Weaver, Richard Francis Jr    Inmate(13-08B)   TRCI
                                 Counselor. R. HILLMICK 541-922-6047
Date...............  4/25/2019`  Caseload.. 14006   Class.. 4
                                 Institution admission. 10/25/2011
137.635: N   137.700: Y         Projected release.....  5/21/2035
                                 Compliant hours:  30.0
Review period...... 10/25/2018 to   4/25/2019              AMENDED:  | |


| TYPE | PROGRAM | SECTION | DESCRIPTION | ENTRY DATE | EXIT DATE | CODE |
|------|---------|---------|-------------|------------|-----------|------|
| INST | INST-ACT | BAND PW 2 | POW WOW BAND 2 THUR 830-1 | Referred: | 4/13/2017 | |
| INST | INST-ACT | BAND PW | POW WOW BAND MON 830-1030 | Referred: | 5/22/2017 | |
| RELI | RELIACT | SPIRITBEAD | Spirit beading Mon 1-4p | | 4/25/2019 | EAPP |
| INST | INST-ACT | ARTPROGR02 | Mural Project | Referred: | 9/11/2017 | |
| JOB | ORDERLYS | OPRATION01 | Operations Orderly 01 | | 2/21/2019 | DDRP |
| RELI | RELISVCS | NATIVEPRG2 | Native Program  SUN 100 | 1/18/2018 | | |
| RELI | RELISVCS | DRUMWSHP01 | Drumming Worship | 1/18/2018 | | |
| RELI | RELIACT | MUSCTHRPY | MusicTherapy&PercusionM | 1/18/2018 | | |
| INST | INST-ACT | INCYR2TU03 | Level 3 Act Tuesday 1:3 | 1/19/2018 | 4/15/2019 | CSEC |
| INST | INST-COG | YOGA/MEDGP | Yoga/MeditationGP IL3 M | 4/03/2018 | 2/25/2019 | DREM |
| JOB | ORDERLYS | CLEANCREW3 | Cleaning Crew 3 days/wk | 5/24/2018 | | |
| INST | INST-ACT | POWOWGP | PowowGeneralPop SA 8/25 | 8/25/2018 | 11/26/2018 | SUCC |
| INST | INST-ACT | ACTIVITY07 | Play "An Illiad" FRI 63 | 10/19/2018 | 2/06/2019 | SUCC |
| RELI | RELISPEC | SPECPIPECM | SpecialPipeCeremony | 10/24/2018 | 11/01/2018 | SUCC |
| INST | INST-ACT | ACTIVITY08 | Activity Night WED    600 | 11/07/2018 | 11/09/2018 | DDRP |
| INST | INST-ACT | ACTIVITY08 | Activity Night WED    600 | 11/14/2018 | 11/20/2018 | SUCC |
| INST | INST-ACT | ACTIVITY08 | Activity Night WED    600 | 11/28/2018 | 12/04/2018 | SUCC |
| RELI | RELISPEC | SPECPIPECM | SpecialPipeCeremony | 1/06/2019 | 1/11/2019 | SUCC |
| RELI | RELISPEC | VENDANTA01 | VendantaService MON5/20 | 2/18/2019 | 3/15/2019 | DDRP |
| INST | INST-ACT | ACTIVITY08 | Activity Night WED    600 | 3/27/2019 | 4/08/2019 | EAPP |
| INST | INST-ACT | ACTIVITY08 | Activity Night WED    600 | 4/10/2019 | 4/12/2019 | SUCC |
| RELI | RELISPEC | BENHURMOVI | Ben-Hur Movie/Commun WE | 4/11/2019 | 4/19/2019 | SUCC |
| INST | INST-ACT | INCYR3WE03 | Level 3 Act Wedneday 1: | 4/16/2019 | | |

00:07:09 a.m. 12-04-2018    5035706904

```
5035706904                                                16:35:21   12-03-2018      4/10
CLS521BR                    Corrections Information Systems                     12/03/18
HUNTA                       Earned Time Computation Form                       14:47:19
                                                                              Page    1
```

```
Offender ID..... 8855258 Weaver, Richard Francis Jr      Inmate(13-08B)      TRCI
                                        Counselor. R. HILLMICK 541-922-6047
Date................ 10/25/2018         Caseload.. 14006    Class..  4
                                        Institution admission. 10/25/2011
137.635: N    137.700: Y                Projected release..... 5/21/2035
                                        Compliant hours:  44.0
Review period...... 4/25/2018 to   10/25/2018                    AMENDED:   |  |
```

| TYPE | PROGRAM | SECTION | DESCRIPTION | ENTRY DATE | EXIT DATE | CODE |
|------|---------|---------|-------------|------------|-----------|------|
| INST | INST-ACT | BAND PW 2 | POW WOW BAND 2 THUR 830-1 | | Referred: 4/13/2017 | |
| INST | INST-ACT | BAND PW | POW WOW BAND MON 830-1030 | | Referred: 5/22/2017 | |
| RELI | RELIACT | SPIRITBEAD | Spirit beading Mon 1-4pm | | Referred: 6/12/2017 | |
| INST | INST-ACT | ARTPROGR02 | Mural Project | | Referred: 9/11/2017 | |
| JOB | ORDERLYS | OPRATION01 | Operations Orderly 01 | | Referred: 8/21/2018 | |
| RELI | RELISVCS | NATIVEPRG2 | Native Program  SUN 100 | 1/18/2018 | | |
| RELI | RELISVCS | DRUMWSHP01 | Drumming Worship 2nd Su | 1/18/2018 | | |
| RELI | RELIACT | MUSCTHRPY | MusicTherapy&PercusionM | 1/18/2018 | | |
| INST | INST-ACT | INCYR2TU03 | Level 3 Act Tuesday 1:3 | 1/19/2018 | | |
| IDLE | WORKPOOL | WORKPOOL | ANY CLASS LEVEL INMATES | 3/01/2018 | 5/24/2018 | MJOB |
| INST | INST-COG | GOGIPROG | GettingOutByGoingIn FR | 3/09/2018 | 7/06/2018 | EAPP |
| INST | INST-COG | YOGA/MEDGP | Yoga/MeditationGP IL3 M | 4/03/2018 | | |
| JOB | ORDERLYS | CLEANCREW3 | Cleaning Crew 3 days/wk | 5/24/2018 | | |
| RELI | RELISPEC | NATIVEMTG | NativeAmericanMtg | 6/07/2018 | 7/26/2018 | SUCC |
| RELI | RELIACT | POWWOWDRUM | POW WOW DRUMMERS WED 8- | 6/09/2018 | 9/06/2018 | SUCC |
| RELI | RELISPEC | ZENRETREAT | Zen Retreat  MON  1/25 | 7/07/2018 | 7/30/2018 | SUCC |
| RELI | RELISPEC | NASPRTRUN1 | Native Spirit Run  7/16 | 7/16/2018 | 7/30/2018 | SUCC |
| INST | INST-ACT | ACTIVITY08 | Activity Night WED  600 | 8/15/2018 | 8/17/2018 | SUCC |
| INST | INST-ACT | POWOWGP | PowowGeneralPop SA 8/25 | 8/25/2018 | 11/26/2018 | SUCC |
| RELI | RELISPEC | VENDANTA01 | VendantaService MON 9/1 | 9/10/2018 | 10/01/2018 | SUCC |
| INST | INST-ACT | ACTIVITY08 | Activity Night WED  600 | 9/26/2018 | 10/01/2018 | SUCC |
| RELI | RELISPEC | SPECPIPECM | SpecialPipeCeremony | 10/17/2018 | 10/23/2018 | SUCC |
| INST | INST-ACT | ACTIVITY07 | Play "An Illiad" FRI 63 | 10/19/2018 | | |
| RELI | RELISPEC | SPECPIPECM | SpecialPipeCeremony | 10/24/2018 | 11/01/2018 | SUCC |

```
5035706904                                                    11:01:10  05-25-2018    2/13
     CLBSS21BR            COLLECTIONS Information Systems                       5/25/18
     HUNTA                   Earned Time Computation Form                      10:02:36
                                                                              Page   1
```

Offender ID..... 8855258 Weaver, Richard Francis Jr     Inmate(02-48B)    TRCI
                                  Counselor. R. HILLMICK 541-922-6047
Date...............   4/25/2018   Caseload.. 14006   Class..  4
                                  Institution admission. 10/25/2011
137.635: N   137.700: Y           Projected release..... 5/21/2035
                                  Compliant hours: 13.0
Review period......  10/25/2017 to   4/25/2018           AMENDED:  | |

| TYPE | PROGRAM | SECTION | DESCRIPTION | ENTRY DATE | EXIT DATE | CODE |
|------|---------|---------|-------------|------------|-----------|------|
| INST | INST-ACT | BAND PW 2 | POW WOW BAND 2 THUR 830-1 | | Referred: 4/13/2017 | |
| INST | INST-ACT | BAND PW | POW WOW BAND MON 830-1030 | | Referred: 5/22/2017 | |
| RELI | RELIACT | SPIRITBEAD | Spirit beading Mon 1-4pm | | Referred: 6/12/2017 | |
| INST | INST-ACT | ARTPROGR02 | Mural Project | | Referred: 9/11/2017 | |
| INST | INST-COG | ORIENT01 | TRCI Inmates Needing A | | 1/17/2018 | CSEC |
| RELI | RELISVCS | NATIVEPRG2 | Native Programming 1p-4 | 4/01/2017 | 10/30/2017 | SEGR |
| RELI | RELISVCS | DRUMWSHP01 | Drumming Worship 2nd Su | 4/01/2017 | 10/30/2017 | SEGR |
| INST | INST-ACT | INCYR7SU01 | Level 3 Act Sunday 9:00 | 6/05/2017 | 10/30/2017 | SEGR |
| IDLE | WAITLIST | WAITLIBR01 | Library Wait List Legal | 6/15/2017 | 12/20/2017 | ADMN |
| JOB | CORESVCS | ORDPM01 | Act Ord 01   Emerick | 7/06/2017 | 10/30/2017 | SEGR |
| INST | INST-ACT | TOSTMAST01 | Toastmasters Sat 6:00-9 | 7/19/2017 | 10/25/2017 | DDRP |
| IDLE | WAITLIST | WAITBODYTR | BodyFluid Cleanup Train | 8/16/2017 | 12/20/2017 | ADMN |
| JOB | CORESVCS | ACTVCLRK03 | ACTIVITY  Pow Wow worke | 8/25/2017 | 10/30/2017 | SEGR |
| IDLE | DISCSEGR | DISCSEGR | Disciplinary Segregatio | 10/30/2017 | 11/03/2017 | MJOB |
| IDLE | REVIEW | REVIEW | Review Program | 11/03/2017 | 11/15/2017 | SUCC |
| JOB | CORESVCS | ORDPM01 | Act Ord 01   Emerick | 11/07/2017 | 12/20/2017 | ADMN |
| RELI | RELISVCS | NATIVEPRG1 | Native Programming 8a-1 | 11/10/2017 | 11/15/2017 | CSEC |
| RELI | RELISVCS | DRUMWSHP01 | Drumming Worship 2nd Su | 11/10/2017 | 12/20/2017 | ADMN |
| RELI | RELIACT | MUSCTHRPY | MusicTherapy&PercusionM | 11/10/2017 | 12/20/2017 | ADMN |
| RELI | RELISVCS | NATIVEPRG2 | Native Programming 1p-4 | 11/16/2017 | 12/20/2017 | ADMN |
| EDUC | WFDPREP | EDORIENT01 | Educ Orient THU 5/24  8 | 11/20/2017 | 11/20/2017 | SUCC |
| IDLE | A&O | A&O1 | Administrative Orientat | 12/20/2017 | 1/11/2018 | ADMN |
| IDLE | DISCSEGR | DISCSEGR | Disciplinary Segregatio | 12/20/2017 | 1/11/2018 | ADMN |
| IDLE | DISCSEGR | DISCSEGR | Disciplinary Segregatio | 1/11/2018 | 1/16/2018 | MJOB |
| IDLE | A&O | A&O | Admission and Orientati | 1/12/2018 | 2/28/2018 | SUCC |
| IDLE | REVIEW | REVIEW | Review Program | 1/16/2018 | 1/16/2018 | MJOB |
| IDLE | DISCSEGR | DISCSEGR | Disciplinary Segregatio | 1/16/2018 | 1/16/2018 | MJOB |
| IDLE | REVIEW | REVIEW | Review Program | 1/16/2018 | 2/28/2018 | SUCC |
| INST | INST-COG | ORIENT02 | TRCI Orientation | 1/17/2018 | 1/17/2018 | EAPP |
| RELI | RELISVCS | NATIVEPRG2 | Native Programming 1p-4 | 1/18/2018 | | |
| RELI | RELISVCS | DRUMWSHP01 | Drumming Worship 2nd Su | 1/18/2018 | | |
| RELI | RELIACT | MUSCTHRPY | MusicTherapy&PercusionM | 1/18/2018 | | |
| INST | INST-ACT | INCYR2TU03 | Level 3 Act Tuesday 1:3 | 1/19/2018 | | |
| IDLE | WORKPOOL | WORKPOOL | ANY CLASS LEVEL INMATES | 3/01/2018 | 5/24/2018 | MJOB |
| INST | INST-COG | GOGIPROG | GettingOutByGoingIn FR | 3/09/2018 | | |
| INST | INST-COG | YOGA/MEDGP | Yoga/MeditationGP MON 9 | 4/03/2018 | | |

```
5035706904                                          15:59:05   12-05-2017        6/12
   CLS521BR                 Corrections Information Systems                    12/05/17
   SATTERWA                  Earned Time Computation Form                      13:43:50
                                                                              Page   1


   Offender ID..... 8855258 Weaver, Richard Francis Jr    Inmate(22-20B)       TRCI
                            Counselor. R. HILLMICK 541-922-6047
   Date............... 10/25/2017   Caseload.. 14006   Class..   4
                                    Institution admission. 10/25/2011
   137.635: N   137.700: Y          Projected release..... 5/21/2035
                                    Compliant hours:     .0
   Review period...... 4/25/2017 to  10/25/2017                  AMENDED:    | |
```

| TYPE | PROGRAM | SECTION | DESCRIPTION | ENTRY DATE | EXIT DATE | CODE |
|------|---------|---------|-------------|-----------|-----------|------|
| RELI | RELIPROG | ANGERAHU | AHU Anger Mgt 8:00-9:15 | | 6/29/2017 | EAPP |
| RELI | RELIPROG | ANGERAHU02 | AHU Anger Mgt.2 T/TH 80 | | 6/29/2017 | EAPP |
| RELI | RELIPROG | ANGERAHU03 | AHU Anger Mtg 03 8-9:30 | | 6/29/2017 | EAPP |
| INST | INST-ACT | BAND PW 2 | POW WOW BAND 2 THUR 830-1 | Referred: | 4/13/2017 | |
| INST | INST-ACT | BAND PW | POW WOW BAND MON 830-1030 | Referred: | 5/22/2017 | |
| RELI | RELIACT | SPIRITBEAD | Spirit beading Mon 1-4pm | Referred: | 6/12/2017 | |
| INST | INST-ACT | ARTPROGR02 | Mural Project | Referred: | 9/11/2017 | |
| INST | INST-ACT | ACTIVITY13 | Pow Wow AHU 8/26/17 | 8/16/2016 | 8/17/2017 | SUCC |
| IDLE | MEDIDLE | MEDICAL | Medically restricted in | 3/08/2017 | 5/31/2017 | CSEC |
| RELI | RELISVCS | NATIVEPRG2 | Native Programming 1p-4 | 4/01/2017 | 10/30/2017 | SEGR |
| RELI | RELISVCS | DRUMWSHP01 | Drumming Worship 3rd Su | 4/01/2017 | 10/30/2017 | SEGR |
| RELI | RELIACT | MUSCTHRPY2 | MusicTherapy&PercusionT | 4/01/2017 | 6/13/2017 | DDRP |
| RELI | RELISPEC | MEMORSRV02 | Memorial for Mr.Rataske | 4/26/2017 | 4/26/2017 | DDRP |
| INST | INST-ACT | ACTIVITY10 | OregonInnocenceProject | 4/27/2017 | 5/02/2017 | SUCC |
| IDLE | WAITLIST | WAITBODYFL | Body Fluid Cleanup Wait | 6/01/2017 | 8/16/2017 | CSEC |
| IDLE | WORKPOOL | WORKPOOL | ANY CLASS LEVEL INMATES | 6/01/2017 | 6/06/2017 | MJOB |
| INST | INST-ACT | INCYR7SU01 | Level 3 Act Sunday 9:00 | 6/05/2017 | 10/30/2017 | SEGR |
| IDLE | WORKPOOL | WORKPOOL | ANY CLASS LEVEL INMATES | 6/09/2017 | 7/06/2017 | MJOB |
| RELI | RELIACT | SPIRTBEAD3 | Spirit beading Wed 1:00 | 6/12/2017 | 8/02/2017 | DDRP |
| RELI | RELIACT | SPIRTBEAD4 | Spirit beading Thurs 1: | 6/12/2017 | 8/02/2017 | DDRP |
| RELI | RELIACT | MUSCTHRPY | MusicTherapy&PercusionT | 6/13/2017 | 10/03/2017 | DDRP |
| RELI | RELIACT | SPIRTBEAD1 | Spirit beading Tue 8:58 | 6/14/2017 | 8/02/2017 | DDRP |
| RELI | RELIACT | SPIRTBEAD2 | Spirit beading Tues 100 | 6/14/2017 | 8/02/2017 | DDRP |
| IDLE | WAITLIST | WAITLIBR01 | Library Wait List Legal | 6/15/2017 | | |
| RELI | RELISPEC | TLKCRCLE02 | Talking Circle  06/20/1 | 6/15/2017 | 6/20/2017 | SUCC |
| JOB | UNIT 12 | WAITORD | Unit 12 Orderly Wait Li | 6/30/2017 | 9/27/2017 | MBED |
| JOB | CORESVCS | ORDPM01 | Act Ord 01  Emerick | 7/06/2017 | 10/30/2017 | SEGR |
| INST | INST-ACT | ACTIVITY08 | Activity Night   WED | 7/14/2017 | 7/24/2017 | SUCC |
| RELI | RELISPEC | NASPRTRUN1 | Native Spirit Run  7/17 | 7/17/2017 | 8/02/2017 | SUCC |
| INST | INST-ACT | TOSTMAST01 | Toastmasters Sat 6:00-9 | 7/19/2017 | 10/25/2017 | DDRP |
| INST | INST-TRG | BDYFLUID01 | Body Fluid Trning | 7/21/2017 | 8/09/2017 | SCER |
| INST | INST-ACT | ACTIVITY08 | Activity Night   WED | 7/24/2017 | 7/28/2017 | SUCC |
| IDLE | WAITLIST | WAITBODYTR | BodyFluid Cleanup Train | 8/16/2017 | | |
| JOB | CORESVCS | ACTVCLRK03 | ACTIVITY  Pow Wow worke | 8/25/2017 | 10/30/2017 | SEGR |

02:52:44 p.m. 05-25-2017 | 12 | 5035706906

```
5035706906                                                    14:54:54   05-25-2017      12/14
   SPOONERD         ~~Corrections Information Systems~~          5/25/17
                    Earned Time Computation For                 10:55:17
                                                                Page    1
```

Offender ID..... **8855258 Weaver, Richard Francis Jr**    Inmate(10-57A)   TRCI
                                            Counselor. ABBOTT, D (30GP)(541) 922-2157
Date...............    4/25/2017     Caseload.. 14002    Class.. 4
                                            Institution admission. 10/25/2011
137.635: N    137.700: Y             Projected release.....  5/21/2035
                                            Compliant hours:  9.0
Review period......  10/25/2016 to    4/25/2017              AMENDED:  |  |

| TYPE | PROGRAM | SECTION | DESCRIPTION | ENTRY DATE | EXIT DATE | CODE |
|------|---------|---------|-------------|-----------|----------|------|
| RELI | RELIPROG | ANGERAHU | AHU Anger Mgt 8:00-9:15am | | Referred: | 8/10/2016 |
| RELI | RELIPROG | ANGERAHU02 | AHU Anger Mgt.2 T/TH 800- | | Referred: | 8/10/2016 |
| RELI | RELIPROG | ANGERAHU03 | AHU Anger Mtg 03 8-9:30AM | | Referred: | 8/10/2016 |
| INST | INST-ACT | TOSTMAST01 | Toastmasters Sat 6:00-9:0 | | Referred: | 5/01/2017 |
| IDLE | SPECIALS | SPECIAL09 | Notifier List STM/T. St | 5/27/2016 | 2/17/2017 | DDRP |
| RELI | RELISVCS | NATIVEUN04 | Native Sweat AHU ONLY | 6/30/2016 | 3/08/2017 | DDRP |
| INST | INST-ACT | ACTIVITY13 | Pow Wow AHU 8/20 | 8/16/2016 | | |
| JOB | UNIT 04 | ORDERLY 05 | Unit 04 Orderies | 10/11/2016 | 11/03/2016 | MEDC |
| IDLE | MEDIDLE | MEDICAL | Medically restricted in | 11/03/2016 | 11/10/2016 | EAPP |
| RELI | RELISPEC | NATCAHUMVE | NatveAmericanTalkCirMov | 11/10/2016 | 11/16/2016 | SUCC |
| JOB | UNIT 04 | WAITORD | Unit 04 Orderly Wait Li | 11/10/2016 | 12/27/2016 | MEDC |
| IDLE | WORKPOOL | WORKPOOL | ANY CLASS LEVEL INMATES | 11/11/2016 | 12/16/2016 | EAPP |
| IDLE | WAITLIST | WAITRECORD | Wait list for Rec Orerl | 11/15/2016 | 11/15/2016 | MEDC |
| IDLE | SPECIALS | SPECIALAHU | Administrative Housing | 12/17/2016 | 3/27/2017 | MBED |
| RELI | RELISVCS | DRMWSHPAHU | Drumming Worhship AHU 2 | 1/26/2017 | 3/27/2017 | MBED |
| IDLE | MEDIDLE | MEDICAL | Medically restricted in | 3/08/2017 | | |
| RELI | RELISVCS | NATIVEUN04 | Native Sweat AHU ONLY | 3/15/2017 | 3/27/2017 | MBED |
| RELI | RELISVCS | NATIVEPRG2 | Native Programming 1p-4 | 4/01/2017 | | |
| RELI | RELISVCS | DRUMWSHP01 | Drumming Worship 3rd Su | 4/01/2017 | | |
| RELI | RELIACT | MUSCTHRPY2 | MusicTherapy&PercusionT | 4/01/2017 | | |
| INST | INST-ACT | BAND PW 2 | POW WOW BAND 2 THUR 830 | 4/13/2017 | | |

```
08:44:07 a.m. 11-22-2016    2    5035706906
```

5035706906                                                        08:45:30   11-22-2016      2/10
~~CLASSIBR~~                    ~~Corrections Information Systems~~                            11/22/16
SATTERWA                        Earned Time Computation Form                                  7:56:26
                                                                                             Page   1

```
Offender ID..... 8855258 Weaver, Richard Francis Jr      Inmate(AH21B )       TRCI
Has Designators? Y                  Counselor. ABBOTT, D(AHU)(541)922-2157
Date................ 10/25/2016     Caseload.. 14001    Class..   4
                                    Institution admission. 10/25/2011
137.635: N   137.700: Y             Projected release..... 5/21/2035
                                    Compliant hours:   .0
Review period......  4/25/2016 to  10/25/2016                     AMENDED:  | |
```

Special case factors

| TYPE | PROGRAM | SECTION | DESCRIPTION | ENTRY DATE | EXIT DATE | CODE |
|------|---------|---------|-------------|------------|-----------|------|
| RELI | RELIPROG | ANGERAHU | AHU Anger Mgt 8:00-9:15am | | Referred: 8/10/2016 | |
| RELI | RELIPROG | ANGERAHU02 | AHU Anger Mgt.2 T/TH 800- | | Referred: 8/10/2016 | |
| RELI | RELIPROG | ANGERAHU03 | AHU Anger Mtg 03 8-9:30AM | | Referred: 8/10/2016 | |
| IDLE | IMU/SRCI | IMU/SRCI | Intensive Management Un | 4/22/2015 | 5/04/2016 | SPEH |
| IDLE | DISCSEGR | DISCSEGR | Disciplinary Segregatio | 5/04/2016 | 5/04/2016 | MJOB |
| IDLE | REVIEW | REVIEW | Review Program | 5/04/2016 | 5/11/2016 | MJOB |
| IDLE | SECUPOOL | SECURITY | Classification--Unassig | 5/06/2016 | 8/03/2016 | CSEC |
| IDLE | A&O | A&O | Admission and Orientati | 5/07/2016 | 6/03/2016 | SUCC |
| IDLE | DISCSEGR | DISCSEGR | Disciplinary Segregatio | 5/11/2016 | 5/25/2016 | MJOB |
| IDLE | REVIEW | REVIEW | Review Program | 5/25/2016 | 6/03/2016 | MJOB |
| IDLE | SPECIALS | SPECIAL09 | Notifier List STM/T. St | 5/27/2016 | | |
| RELI | RELISVCS | NATIVEPRG2 | Native Programming 1p-4 | 5/28/2016 | 6/03/2016 | SEGR |
| IDLE | DISCSEGR | DISCSEGR | Disciplinary Segregatio | 6/03/2016 | 6/27/2016 | EAPP |
| IDLE | ADHOLD | VOLUN | Voluntary Admin Housing | 6/09/2016 | 6/27/2016 | MBED |
| IDLE | REVIEW | REVIEW | Review Program | 6/28/2016 | 7/12/2016 | SUCC |
| RELI | RELISVCS | NATIVEUN04 | Native Smudge & Pipe AH | 6/30/2016 | | |
| MH | BHS M/H | MH-19 | DBT AHU DstrsTolFRI 930 | 7/20/2016 | 8/08/2016 | DDRP |
| IDLE | WORKPOOL | WORKPOOL | ANY CLASS LEVEL INMATES | 8/04/2016 | 10/11/2016 | MJOB |
| INST | INST-ACT | ACTIVITY13 | Pow Wow AHU 8/20 | 8/16/2016 | | |
| JOB | UNIT 04 | WAITORD | Unit 04 Orderly Wait Li | 9/28/2016 | 10/11/2016 | MJOB |
| JOB | UNIT 04 | ORDERLY 05 | Unit 04 Orderies | 10/11/2016 | 11/03/2016 | MEDC |

```
5035706906      C3FZ007DX          ........ ...........  .......      10:48.51 a.m.   11-23-2015      4/9
                                                                                               11/23/15
   SATTERWA                   B  ned Time Computation Form                                     10:32:27
                                                                                              Page    1
```

```
Offender ID..... 8855258 Weaver, Richard Francis Jr      Inmate(IMC05A)      SRCI
Has Designators? Y                 Counselor. GRAVES, S IMU/ASU  881-4965
Date............... 10/25/2015     Caseload.. 11009   Class.. 5
                                   Institution admission. 10/25/2011
137.635: N   137.700: Y            Projected release..... 5/21/2035
                                   Compliant hours:    .0
Review period...... 4/25/2015 to  10/25/2015                     AMENDED:  | |

Special case factors
```

| TYPE | PROGRAM | SECTION | DESCRIPTION | ENTRY DATE | EXIT DATE | CODE |
|------|---------|---------|-------------|-----------|-----------|------|
| IDLE | IMU/SRCI | IMU/SRCI | Intensive Management Un | 4/22/2015 | | |

```
5035706906      C3FZ007DX                                    01:  :30 p.m.   05-27-2015        4/8 5
 THRALLSC                          Earned Time Computation Form                          11:42:23
                                                                                         Page   1
```

```
Offender ID..... 8855258 Weaver, Richard Francis Jr    Inmate(IME42 )   SRCI
Has Designators? Y              Counselor. GRAVES, S IMU/ASU  881-4965
Date................ 4/25/2015   Caseload.. 11009   Class.. 5
                                 Institution admission. 10/25/2011
137.635: N   137.700: Y          Projected release..... 5/21/2035
                                 Compliant hours:    .0
Review period...... 10/25/2014 to   4/25/2015                   AMENDED:  |  |

Special case factors
```

| TYPE | PROGRAM | SECTION | DESCRIPTION | ENTRY DATE | EXIT DATE | CODE |
|---|---|---|---|---|---|---|
| IDLE | DISCSEGR | DISCSEGR | Disciplinary Segregatio | 7/25/2014 | 11/12/2014 | SPMC |
| IDLE | REVIEW | REVIEW | From Court,DSU,SMU,IMU, | 11/12/2014 | 11/13/2014 | MJOB |
| IDLE | A&O | A&O ARRIVE | AF All New Inmate Arriv | 11/14/2014 | 11/18/2014 | SUCC |
| IDLE | A&O | A&O CLASS | AF A&O CLASS/PREA REVIE | 11/18/2014 | 11/20/2014 | SUCC |
| IDLE | A&O | A&O FINISH | AF Completion A&O | 11/20/2014 | 11/24/2014 | MJOB |
| IDLE | PATIENT | PATIENT | Infirmary Patient | 11/24/2014 | 11/25/2014 | MJOB |
| IDLE | A&O | A&O FINISH | AF Completion A&O | 11/26/2014 | 12/22/2014 | SUCC |
| RELI | RELIACT | INDIGENOUS | Indigenous Activity | 12/04/2014 | 1/04/2015 | SEGR |
| RELI | RELISVCS | SWEATLODGE | GV RELISV SWEATLODGES | 12/04/2014 | 1/04/2015 | SEGR |
| RELI | RELIACT | JOURNAL | Christian Journaling | 12/22/2014 | 1/04/2015 | SEGR |
| IDLE | WORKPOOL | WORKPOOL | Inmates eligible for wo | 12/23/2014 | 1/05/2015 | MJOB |
| RELI | RELIACT | LIFELINE | Lifeline Bible Stdy Tue | 12/31/2014 | 1/04/2015 | SEGR |
| RELI | RELIACT | THRESHOLDS | Thresholds Release | 12/31/2014 | 1/04/2015 | SEGR |
| RELI | RELISVCS | CALV SAT | Sat. Worship Service | 12/31/2014 | 1/04/2015 | SEGR |
| IDLE | DISCSEGR | DISCSEGR | Inmates Sanctioned to D | 1/04/2015 | 1/13/2015 | SPEH |
| IDLE | PROFILE | PROFILE | High Profile Inmates | 1/09/2015 | 1/13/2015 | SPEH |
| IDLE | DISCSEGR | DISCSEGR | Disciplinary Segregatio | 1/13/2015 | 4/22/2015 | SPEH |
| IDLE | A&O | A&O | Admission and Orientati | 1/14/2015 | 2/11/2015 | SUCC |
| IDLE | SPECIALS | SPECIAL09 | Notifier List  STM/B. P | 2/18/2015 | 4/22/2015 | SPEH |
| INST | INST-COG | ORIENT01 | TRCI Inmates Needing A | 4/22/2015 | 4/22/2015 | MBED |
| IDLE | IMU/SRCI | IMU/SRCI | Intensive Management Un | 4/22/2015 | | |
| DR | | | Poss Weapon | 1/08/2015 | | |
| DR | | | Contra II | 3/19/2015 | | |

```
10:56:13 a.m. 11-28-2014    7    5035706904
```

5035706904
  PRUKOPC

```
                                        10.   4 a.m.   11-28-2014      7/9
                    ........... ...for...tion Systems          11/28/14
                      Earned Time Computation Form             10:00:03
                                                               Page   1
```

Offender ID.....  8855258 Weaver, Richard Francis Jr     Inmate(D-373A)    OSP
Has Designators? Y                    Counselor. JOHN SHASTEEN LTD 503-373-1666
Date............... 10/25/2014        Caseload.. 00107   Class.. 4
                                      Institution admission. 10/25/2011
137.635: N    137.700: Y              Projected release..... 5/21/2035
                                      Compliant hours:   .0
Review period...... 4/25/2014 to  10/25/2014                 AMENDED:  | |

Special case factors

| TYPE | PROGRAM | SECTION | DESCRIPTION | ENTRY DATE | EXIT DATE | CODE |
|------|---------|---------|-------------|-----------|-----------|------|
| IDLE | DISCSEGR | DISCSEGR | Disciplinary Segregatio | 3/21/2014 | 7/25/2014 | MJOB |
| IDLE | REVIEW | REVIEW | Return From Court/Out o | 7/25/2014 | 7/25/2014 | MJOB |
| IDLE | DISCSEGR | DISCSEGR | Disciplinary Segregatio | 7/25/2014 | 11/12/2014 | SPMC |
| DR |  |  | Disresp II | 7/25/2014 |  |  |

```
5035706906                                                      1: :00 a.m.   05-23-2014        2/2
CLS521BR                  Urrections Information System                                      5/23/14
PRUKOPC                   Earned Time Computation Form                                      9:47:00
                                                                                           Page   1


Offender ID..... 8855258 Weaver, Richard Francis Jr    Inmate(DSC45 )   SRCI
Has Designators? Y         Counselor. JOSE DELGADO CASEBNK 881-4667
Date................ 4/25/2014     Caseload.. 11003   Class.. 4
                                   Institution admission. 10/25/2011
137.635: N   137.700: Y            Projected release..... 5/21/2035
                                   Compliant hours:    .0
Review period...... 10/25/2013 to   4/25/2014                AMENDED:  | |

Special case factors
```

| TYPE | PROGRAM | SECTION | DESCRIPTION | ENTRY DATE | EXIT DATE | CODE |
|------|---------|---------|-------------|-----------|-----------|------|
| RELI | RELISVCS | NATIVE 02 | Sweat for Complex 2 | 9/10/2013 | 3/21/2014 | SEGR |
| IDLE | 2WRKPOOL | WORKPOOL | No JOB | 9/11/2013 | 3/21/2014 | SEGR |
| INST | INST-TRG | WAITLISTC1 | SRCI Custodial Procedur | 10/18/2013 | 3/21/2014 | SEGR |
| RELI | RELISPEC | NATIVE 03 | Complex 2 New Years Swe | 1/16/2014 | 1/23/2014 | SUCC |
| RELI | RELISPEC | NATIVE 07 | Native American Seminar | 3/13/2014 | 3/15/2014 | SUCC |
| IDLE | DISCSEGR | DISCSEGR | Disciplinary Segregatio | 3/21/2014 | | |

**Ex. A, Page 18 of 22**

p:Nov. 22. 2013 10:46AM    OISC 6906ned Time Computation ˉ ˉˉm          No. 9055    P. 2/29:15:20
                                                                                    Page    1

Offender ID..... 8855258 Weaver, Richard Francis Jr      Inmate(2B05B )    SRCI
Has Designators? Y                Counselor. JOSE DELGADO CASEBNK 881-4667
Date............... 10/25/2013    Caseload.. 11003   Class..  4
                                  Institution admission. 10/25/2011
137.635: N  137.700: Y            Projected release.....  5/21/2035
                                  Compliant hours:     .0
Review period......  4/25/2013 to   10/25/2013              AMENDED:  | |

Special case factors

| TYPE | PROGRAM | SECTION | DESCRIPTION | ENTRY DATE | EXIT DATE | CODE |
|------|---------|---------|-------------|------------|-----------|------|
| RELI | RELISVCS | NATIVE 03 | Sweat for Complex 3 | 4/11/2013 | 7/20/2013 | SEGR |
| RELI | RELIACT | NATIVE 03 | Beading Class Tuesday P | 4/11/2013 | 6/18/2013 | SUCC |
| IDLE | 3WRKPOOL | WORKPOOL | No JOB | 4/16/2013 | 5/23/2013 | MJOB |
| RELI | RELIACT | COMMUNICAT | Art of Communication Cl | 4/18/2013 | 5/07/2013 | DDRP |
| RELI | RELISPEC | GUEST SPKR | Professional Bull Rider | 4/25/2013 | 4/30/2013 | SUCC |
| MH | BHS M/H | MH-02 | Anxiety  Mon 1-2p Abegg | 4/26/2013 | 6/03/2013 | DROP |
| JOB | 3ORDHSEC | WC ROSS,C | Wheelchair Assist | 5/23/2013 | 7/18/2013 | JOBC |
| RELI | RELISPEC | POWWOW | Annual PowWow | 6/21/2013 | 7/01/2013 | SUCC |
| RELI | RELISPEC | NATIVE 1 | Sundance Sweat 2013 | 7/18/2013 | 7/20/2013 | SEGR |
| IDLE | 3WRKPOOL | WORKPOOL | No JOB | 7/19/2013 | 7/29/2013 | SEGR |
| IDLE | DISCSEGR | DISCSEGR | Disciplinary Segregatio | 7/20/2013 | 8/02/2013 | MJOB |
| IDLE | REVIEW | REVIEW | Return From Court/Out o | 8/02/2013 | 8/15/2013 | SUCC |
| RELI | RELISVCS | NATIVE 02 | Sweat for Complex 2 | 8/07/2013 | 8/08/2013 | MBED |
| RELI | RELISVCS | NATIVE 03 | Sweat for Complex 3 | 8/08/2013 | 8/14/2013 | MBED |
| RELI | RELISVCS | NATIVE 02 | Sweat for Complex 2 | 8/14/2013 | 8/15/2013 | SEGR |
| IDLE | 2WRKPOOL | WORKPOOL | No JOB | 8/15/2013 | 8/16/2013 | SEGR |
| IDLE | DISCSEGR | DISCSEGR | Disciplinary Segregatio | 8/15/2013 | 8/29/2013 | MJOB |
| COGN | PREA | PREA VIDEO | PREA Video August 20, 2 | 8/20/2013 | 8/22/2013 | SUCC |
| IDLE | REVIEW | REVIEW | Return From Court/Out o | 8/29/2013 | 9/11/2013 | SUCC |
| RELI | RELISVCS | NATIVE 02 | Sweat for Complex 2 | 9/10/2013 | | |
| IDLE | 2WRKPOOL | WORKPOOL | No JOB | 9/11/2013 | | |
| INST | INST-TRG | WAITLISTC1 | SRCI Custodial Procedur | 10/18/2013 | | |
| DR | | | Disresp I | 8/01/2013 | | |

z.May. 23. 2013 10:49AM    0'^^ 6906ned Time Computation Fº˙    No. 0045    P. 2/2):20:00
                                                                            Page   1

```
Offender ID..... 8855258 Weaver, Richard Francis Jr     Inmate(3C04B )    SRCI
Has Designators? Y                  Counselor. JOSE DELGADO CASEBNK 881-4667
Date................  4/25/2013     Caseload.. 11003   Class..  4
                                    Institution admission. 10/25/2011
137.635: N   137.700: Y             Projected release.....  5/21/2035
                                    Compliant hours:  3.0
Review period......  10/25/2012 to    4/25/2013                  AMENDED:  | |
```

Special case factors 07

| TYPE | PROGRAM | SECTION | DESCRIPTION | ENTRY DATE | EXIT DATE | CODE |
|------|---------|---------|-------------|-----------|-----------|------|
| RELI | RELISVCS | NATIVE 02 | Sweat for Complex 2 | 6/28/2012 | 2/07/2013 | MBED |
| JOB | CENTMED | WAIT LIST | Central Medical Order W | 8/15/2012 | 3/29/2013 | SEGR |
| RELI | RELIACT | NATIVE 03 | Beading Class Tuesday P | 10/03/2012 | 3/29/2013 | SEGR |
| JOB | 2ORDHSEC | CHOUSE10 | Housing Orderly EVE | 10/12/2012 | 12/11/2012 | DREM |
| IDLE | 2WRKPOOL | WORKPOOL | No JOB | 12/12/2012 | 2/07/2013 | MBED |
| RELI | RELISPEC | NATIVE 03 | Complex 2 New Years Swe | 1/17/2013 | 1/24/2013 | SUCC |
| IDLE | 3WRKPOOL | WORKPOOL | No JOB | 2/07/2013 | 3/29/2013 | SEGR |
| RELI | RELISVCS | NATIVE 03 | Sweat for Complex 3 | 2/07/2013 | 3/29/2013 | SEGR |
| IDLE | DISCSEGR | DISCSEGR | Disciplinary Segregatio | 3/29/2013 | 4/08/2013 | MJOB |
| IDLE | REVIEW | REVIEW | Return From Court/Out o | 4/08/2013 | 4/16/2013 | SUCC |
| RELI | RELISVCS | NATIVE 03 | Sweat for Complex 3 | 4/11/2013 | | |
| RELI | RELIACT | NATIVE 03 | Beading Class Tuesday P | 4/11/2013 | | |
| IDLE | 3WRKPOOL | WORKPOOL | No JOB | 4/16/2013 | 5/23/2013 | MJOB |
| RELI | RELIACT | COMMUNICAT | Art of Communication Cl | 4/18/2013 | 5/07/2013 | DDRP |
| RELI | RELISPEC | GUEST SPKR | Professional Bull Rider | 4/25/2013 | 4/30/2013 | SUCC |
| DR | | | Poss Body Md | 12/10/2012 | | |
| DR | | | Disresp II | 4/08/2013 | | |
| DR | | | Contra II | 4/08/2013 | | |

C)Nov. 28. 2012  2:59PM      Corrections Information Syst  s       No. 5052   P. 8/8L/28/12
NORBYD                       Earned Time Computation F(                        14:03:18
                                                                               Page    1

Offender ID..... 8855258 Weaver, Richard Francis Jr     Inmate(2C18B )    SRCI
Has Designators? Y                   Counselor. JOSE DELGADO CASEBNK 881-4667
Date............... 10/25/2012       Caseload.. 11003    Class.. 4
                                     Institution admission. 10/25/2011
137.635: N   137.700: Y              Projected release.....  5/21/2035
                                     Compliant hours: 44,0
Review period...... 4/25/2012 to  10/25/2012            AMENDED:  | |

Special case factors 07

| TYPE | PROGRAM | SECTION | DESCRIPTION | ENTRY DATE | EXIT DATE | CODE |
|------|---------|---------|-------------|-----------|-----------|------|
| RELI | RELISVCS | NATIVE  03 | Sweat for Complex 3 | 1/11/2012 | 6/18/2012 | SEGR |
| IDLE | 3WRKPOOL | WORKPOOL | No JOB | 3/07/2012 | 6/18/2012 | SEGR |
| IDLE | 3MEDIUNA | 3MEDRST-LI | Needs Live-in Helper | 5/29/2012 | 6/24/2012 | MBED |
| JOB | 3ORDHSEC | 3CWAITLIST | WAIT LIST 3C ORDERLY | 6/08/2012 | 6/18/2012 | SEGR |
| JOB | PRODKITC | WAIT LIST | Wait List | 6/08/2012 | 6/18/2012 | SEGR |
| IDLE | DISCSEGR | DISCSEGR | Disciplinary Segregatio | 6/18/2012 | 6/24/2012 | MJOB |
| IDLE | REVIEW | REVIEW | Return From Court/Out o | 6/24/2012 | 6/27/2012 | SUCC |
| RELI | RELISVCS | NATIVE  02 | Sweat for Complex 2 | 6/28/2012 | | |
| RELI | RELISPEC | NATIVE 2 | Sundance Sweat  2012 | 7/19/2012 | 7/27/2012 | SUCC |
| JOB | 2KITCSTL | 2WAIT LIST | Wait List | 8/15/2012 | 9/04/2012 | MJOB |
| JOB | 2ORDHSEC | 2CWAITLIST | WAIT LIST 2C ORDERLY | 8/15/2012 | 9/04/2012 | MJOB |
| JOB | CENTMED | WAIT LIST | Central Medical Order W | 8/15/2012 | | |
| JOB | 2KITCSTL | 2 POTPAN03 | PM Pot/Pan Room | 9/05/2012 | 9/10/2012 | MEDC |
| IDLE | 2MEDIUNA | 2MEDREST | Medically Work Restrict | 9/10/2012 | 10/11/2012 | MJOB |
| RELI | RELIACT | NATIVE  03 | Beading Class Tuesday P | 10/03/2012 | | |
| JOB | 2ORDHSEC | CHOUSE11 | Housing Orderly EVE | 10/11/2012 | 10/11/2012 | JOBC |
| JOB | 2ORDHSEC | CHOUSE10 | Housing Orderly EVE | 10/12/2012 | | |
| DR | | | Un Area I | 6/22/2012 | | |

```
May. 24. 2012  4:21PM   OISC 6906ctions Information Systems      No. 5685   P. 2/12
ZLING                   Earned Time Computation F                           11:54:10
                                                                        Page    1
```

```
Offender ID..... 8855258 Weaver, Richard Francis Jr    Inmate(3C17B )   SRCI
Has Designators? Y               Counselor. JOSE DELGADO CASEBNK 881-4837
Date............... 4/25/2012    Caseload.. 11003   Class.. 4
                                 Institution admission. 10/25/2011
137.635: N  137.700: Y           Projected release..... 5/21/2035
                                 Compliant hours:    .0
Review period...... 10/25/2011 to   4/25/2012              AMENDED:  | |
```

Special case factors

| TYPE | PROGRAM | SECTION | DESCRIPTION | ENTRY DATE | EXIT DATE | CODE |
|------|---------|---------|-------------|------------|-----------|------|
| IDLE | INTAKE | INTAKE M | MALE    Inmates for Asse | 10/26/2011 | 11/16/2011 | INTK |
| IDLE | INTKPROC | BASIS B4 | *B UNIT ASSESSMENT      T | 10/26/2011 | 10/31/2011 | SUCC |
| IDLE | A&O | A&O | Admission & Orientation | 11/17/2011 | 12/16/2011 | MJOB |
| RELI | RELISPEC | CHRISTMAS3 | C3 Christmas Concert | 12/14/2011 | 12/16/2011 | SUCC |
| JOB | 3DINE | 1 ISLAND05 | AM Center Island Atnd | 12/16/2011 | 3/06/2012 | ADMI |
| RELI | RELISVCS | NATIVE | 03 Sweat for Complex 3 | 1/11/2012 | | |
| RELI | RELISPEC | NATIVE | 01 New Year's Sweat - Comp | 1/21/2012 | 1/26/2012 | SUCC |
| IDLE | 3WRKPOOL | WORKPOOL | No JOB | 3/07/2012 | | |
| RELI | RELISPEC | NATIVE | C3 Theatre Special   Comple | 3/17/2012 | 3/21/2012 | SUCC |

# Petitioner's Exhibit B

2-5-22

To whom it may concern,

I am writing this letter in reference
to Richard Weaver. Richard is a medical
orderly in OSCI's medical unit 13 at OSCI.
He is assigned to one person that has
many medical needs and he is attentive
to that person and his needs. Also I've seen
him checking in with others through out the
day to see how they are doing, including
me. At this time, I require walking devices
to help myself get around. Several times Richard
has offered his assistance, especially when it
comes to carrying canteen back to my unit.
I've seen him make up to four trips from
canteen to the unit, helping others also. No one
has to ask, he just does it. There are approximately
10 orderlys in this unit, Richard is the only one that
I have seen that will consistantly help others.
He is also helpful to answer any questions about
prison life.

I guess I'm trying to say that he is
a good person with a good heart.
I'm glad I met him.

Thank you
Glenn Stevens.

Feb. 6, 2022



re: Rick Weaver #8855258

During the past ten months I've observed Rick Weaver close to 24 hours a day. He's been a man that avoids the more criminal thinkers, tending to associate himself with those that prefer to give, than to take, and is helpful to those with mental and/or physical limitations, or the elderly.

Rick is self-motivated, doesn't need to be told what to do, just does what needs to be done. If he makes a mistake, he corrects it, but also learns from his mistakes. He isn't afraid to apologize when he is wrong... after a short period. At times self-absorbed, but doesn't negatively affect those around him. He balances socializing with the need for time by himself/for his self.

Respectfully,

Richard O. Coym

Richard O. Coym

**Ex. B, Page 2 of 8**

Date :        2-6-22
From :        Joel Guzek, #5148063
To :          Whom iT May Concern
Re:           Richard Weaver

I have known MR. Weaver for about Two years.
MR. Weaver worked as a Medical Orderly in unit-13,
and I have personally observed his work performance
and work ethics, described as follows but Not Limited
To :

1.  Hard Worker, willing To help others;
2.  Observes and practices Safe-Working enviroment;
3.  Follows Rules and Procedures;
4.  Reliable and Trustworthy;
5.  Positive Attitude and Temperment;
6.  Respectful and Courteous Towards others;
7.  Compassionate Towards The elderly and others.

I Also believe That, MR. Weaver is a good-person,
And That he will be a Valuable asset To Society.

                    Sincerely,     Joel Guzek
                                   #5148063
                                   OSCI

2/5/22
11:30AM

To whom,

My name is C. Tom Staggs.  I have known Mr. Weaver for near 2 years.

Where we are, requires a person to learn a higher level of discernment about other's; their behavior & intentions.

Mr. Weaver has shown to me the following characteristic's.

• As a medical orderly (a position for person's of favor, with good dependable work ethic's). He has not missed anytime; showing compassion for other's with ailments in his charge. He has stepped up at all times to help. Follows instruction's well & keeps up on medical procedure's needed for those in his charge.

• Behavior - culture here range's from scary, to born again christians.  Mr. Weaver has managed to conduct himself without harm or facility violation's.  I see no patterns of behavior that indicate he cannot fluxuate well with-in the curb's of society.  He is studious & a learner.  I believe this is why he show's no sign's of being institutionlized.

The best through this process,

Tom Staggs

SID# 6841494

To Whom This May Concern:

Concerning Rick Weaver # 8855258;
I've now known Rick for over two
years now. Rick and I live in Unit
13, a medical dorm at the Oregon
State Correctional Institution
Rick is an honest, caring
individual. Rick works as a care
Provider to elderly disabled
individuals and is constantly
insuring those in need are
provided whatever needs the
Disabled might need.
I have never witnessed any
angery outburst by Rick. In
fact I witnessed an inmate
assaulting Rick. Rick did not
fight back, just deflecting the
(chairs the inmate was throwing
at Rick.
Rick also takes the time to assist
individuals in writing letters,
cleaning their living area, bed
making

I make this Statement as true
to the best of my Knowledge
and belief.

David R Durham # 3327475
Dated February 4th 2022

To whom it may concern,

I met Richard Weaver (SID #8855258) in 2016. We were in the same unit until July of 2019. It was a small unit where everyone got to know everyone else whether they wanted to or not.

Richard was somewhat of a loner. He didn't do anything to hurt others but didn't go out of his way to help anyone either.

I did get to know him over time. He was pretty negative and selfish.

In July of 2019 I was moved to a different Institution, OSCI. In January of 2020 Richard was also sent to OSCI.

I did not seek him out, not because I disliked him, but because I tend to surround myself with positive people.

over ⟶

2

I immediately noticed that Richard had changed. He was hanging around with people of all backgrounds and appeared to be happy. He was constantly laughing and joking with people.

In passing, Richard would make it a point to say hi and ask how I was doing; then would wait for an answer. Over a short period of time we started spending time together and got to know each other better.

I'm not sure what it was that changed him, but it was for the better. He enjoys talking with people now. Richard selflessly gives to others; this includes offering a simpithetic ear.

We are both now on a medical dormitory unit where Richard is a medical orderly. The unit is very small; one can see from one end of the unit to the other.

3

Even minding your own business,
you see and hear everything
that is going on.

   It has reinforced what I
saw on the haller housing unit
we were on before this one,
Richard constantly helps people;
even those who are not his
responsibility.

      I am happy to call
      Richard a friend.

Thank You for your time.


Robert J. Bailey   SID# 8186714
Rob Bailey

# Petitioner's Exhibit C

 **Iron Tribe**

"Providing Support – Building Community"

P.O. Box 90384, Portland, Oregon 97290

contact.irontribe@gmail.com

## IRON TRIBE CLEAN & SOBER LIVING
### HOUSING GUIDELINE AGREEMENT

- Living clean and sober is our primary purpose. Zero tolerance for dirty UA's, or being under the influence of any un-prescribed drug or alcohol.
- All tenants are expected to be working a "Recovery Program" of their choosing; religious, spiritual, AA, NA, CA, MA, CMA, DDA or any other program dealing with addictions in a community recovery program.
- No Sex Offenders permitted. Back ground checks will be done prior to accepting applications at the expense of the applicant.
- Rent is $____.00 per room plus $____.00 for utilities & house supplies, totaling $____.00 per month, with a onetime nonrefundable move-in fee of $100.00. Rent is due no later than the 5th of each month.
- At move-in the new member will sign a 30-day "no show/no cause" Eviction Notice (a 14 Day & 14 Day) which gives the house members an opportunity to see that the "New Member" is a good fit for the house, if the "New Member" is not a good fit for the house they will have 15 days to vacate the property.
- First 30 days of occupancy is a blackout period, meaning no overnight guest and daily curfew (week days in by 10:00 PM, weekends in by 12:00 AM).
- All tenants are expected to be in compliance with; all mandatory obligations, court sentences, parole/probation, treatment programs and treatment aftercare requirements. Tenants' failure to do so will result in a contract being imposed/and possible removal from the property.
- Zero tolerance for violence. Any acts of violence will result in a 24 hour "no show/no cause" eviction notice. Any threats of violence will be subject to contract.
- Zero tolerance for criminal activity, regardless if new charges are acquired, and will result in a 24 hour "no show/no cause" eviction notice.
- No borrowing of any house mates property without permission. Entering any housemate's room without the occupant present is not permitted. If you do you will be served a 24 hour no show/no cause eviction.
- The house manager and one other occupant may enter any room, at any time, if there is a suspicion of drugs, alcohol, paraphernalia or illegal activity, without that member present although that member must be notified of entry and the findings afterwards.
- Any misuse or theft of any property is immediate termination of tenancy with a 24 "no show/no cause" eviction notice.
- No excessive noise from the hours of 10:00 PM to 10:00 AM on weekdays and 12:00 AM to 10:00 AM on weekends.
- Respect all house members and guest at all times.

- There is a 3-Step Down guideline. Any tenant and their guests are subject to this guideline. This guideline is as follows, any violation of guidelines stated herein this agreement will be subject to the following: first time is a warning, second time is a fine, and third time will be a behavioral contract. If found in a violation while on behavioral contract, disciplinary action will be discussed and determined by the case manager and/or council.
- Behavioral Contracts will be imposed if found in violation of guideline agreement. Behavioral Contracts vary and are up to discussion with house management, case manager and Council of Iron Tribe.
- Tenant agrees to Random UA's for self, house mates and all guests.
- UA's will be monitored by 2 house mates. Women will monitor Women's UA's and Men will monitor Men's UA's. No house mate can monitor their guest UA's.
- All guests are subject to house rules. If guest UA comes back dirty that person will be banned from the house for 30 days and the issue will be revisited. Exceptions to this rule may be made by the house members if the guest shows intentional desire to be clean and attends recovery meetings or is making steps to enter a treatment program.
- You must notify at least 1 house member of your intent to be gone for any period of time. If gone 3 days or more you will be asked to do a UA upon returning to the house.
- All guests are your responsibility. Guest is not to be left unattended or alone in the house, unless a prior agreement is made with another housemate to "sponsor" your guest in your absence.
- Over night guests are allowed 12 overnight visits a month, 3 per calendar week Sunday through Saturday. Not to consist of 12 straight days in a row.
- Weekly house meets are on _____.
- You can only miss a house meeting if you are at work, at treatment, you/family member is in the hospital, have a valid emergency or have informed the house prior to the scheduled meeting.
- Meetings are for house business, new applicants, to resolve any problems effecting the house or tenants and to consider proposals or project to be taken on by the house. Special meetings are to be held for dirty UA's, behavior issues or applicants needing housing right away.
- 80 % of existing tenants must be present to vote a new tenant in or a house member out of the house.
- An 80% vote of house members is required to vote a new tenant in or a house member out of the house.
- There is no smoking inside the house. Use cigarette butt receptacles at each door for putting out cigarettes. This for the safety of the house/tenants. Misuse of this rule will result in a 3-Step Down guideline being imposed. For example, cigarettes found in the yard or drive way.
- Chores are to be done on _____ by 10:00 PM.
- You are to pick up after yourself. Keeping common areas clean. There will be a list indicating which chore each member is responsible for. Chores are assigned and changed weekly. Failure to do chores results in a 3-Step Down. For example bathrooms, kitchen, dining and living room, yard (front & back), drive way and parking area.
- Any personal items left in the common areas while you are not on the premises will be subject to 3-Step Down.
- Bathrooms; clean sink, clean shower, tub, shower curtain , wipe down walls and cabinets, clean all glass, clean toilet and base, empty trash, sweep and mop floor.
- Kitchen; wipe down cabinets and walls, clean sink, wipe down refrigerator inside and out, clean appliances, empty garbage, process recycling, sweep and mop floors.

 **Iron Tribe**

"Providing Support – Building Community"
P.O. Box 90384, Portland, Oregon 97290
contact irontribe@gmail.com
www.irontribe.biz

## IRON TRIBE Housing Project Overview

**IRON TRIBE** currently offers the opportunity for long term Clean & Sober Housing for its members and individuals engaged in active programs of recovery. Together, with our Seventh Direction Program, Iron Tribe offers a variety of comprehensive services and support for its members.

### Structure

Iron Tribe structures its housing communities in compliance with ADFC (Alcohol and Drug Free Community) statutes as outlined in the ORS (Oregon Revised Statutes). In addition, Iron Tribe requires its housing members to sign and comply with the following:

- Iron Tribe Housing Guidelines for behavioral requirements on each property.

- **Recovery Action Plans** are individually completed by each house member and are managed by a Case Manager and their on-site Housing Manager. The Recovery Action Plan is designed as a support tool for their recovery and to establish treatment and other special requirements unique to each house member. The facilitating and up-dating of the recovery action plan is an implement of support and accountability of each house member's success.

- Random UA's (Urinalysis Testing) and Alcohol Breathalyzers are randomly administered to residents and visitors by certified managers in order to assure compliance with community policies.

- Compliance with Probation and Parole supervision requirements are requisite of all house members under current supervision.

- Med logs are maintained on-site by housing managers and medication supplies are randomly counted to ensure compliance with prescriptions from doctors and mental health clinicians.

- Random Housing Inspections are conducted by an Iron Tribe Housing Inspector to ensure cleanliness and fire safety standards; and to ensure continued compliance with city inspection codes.

- Chore lists rotate for each house member on a regular basis to ensure cleanliness standards both inside and outside the property.

- Local mental health professionals facilitate check-ins and group meetings at various housing locations.

- Community Parole and Probation Officers monitor community members under supervision at each housing location.

The result of the aforementioned structural components is a comprehensive accountability model for a successful clean and sober living environment for persons in recovery that have co-occurring disorders and criminal histories.

Establishing a clean and sober living community for our tribal members and persons in recovery offers a unique model for this type of living. House members thrive by maintaining a solid track record of recovery; completing their transition programs, establishing a positive circle of influence amongst the tribe and recovery community; developing a positive life aim (which includes employment, entry in school, college or a vocational program) and actively engaging in a program of recovery and community outreach. We believe maintaining these elements increases the success rate of long term tenancy and lowering the recidivism rate amongst our members in this type of housing.

During our first year housing, our Housing Project has incurred a 12.5% recidivism rate*. *Recidivism rate includes Probation or Parole Violations, County Jail and/or State Correctional internments.

The Iron Tribe Housing Project mission is to maintain a sacred and safe living environment for its housing members to explore the recovery of their humanness.

Iron Tribe currently manages 6 Iron Tribe properties located at:

**Division 1-** 1210 NW Division Street, Gresham, OR 97030.

**Division 2-** 1230 NW Division Street, Gresham, OR 97030.

**Stark House-** 16820 SE Stark Street, Portland, OR 97233.

**Division 3-** 2617 SE 190th Ave., Portland, Oregon 97230

**Holman House-** 1521 NE Holman Street, Portland, Oregon 97119

**Clackamas Short Term-** 17518 SE River Road, Milwaukie, Oregon 97267

Ex. C, Page 4 of 6

# Iron Tribe House Expectations

Sometimes a situation may arise that calls for an Immediate vote of the house members. We call this an "emergency house meeting." Some of the reasons for an emergency meeting might be an Interview for a potential new house member who Is In a bad situation and may not be able to wait for our regular house meeting, or a serious violation of our house policies or expectations has occurred and an Immediate consequence must be derived. Many different circumstances may be appropriate cause for an emergency house meeting. Some of these are mentioned in our Housing Guidelines.

I _Rick White eagle Weaver_ have read and understand all of the aforementioned expectations and agree to the terms set forth therein.

Signed this _15_ day of the month of _Zoo_ in the year _2022_.

House Member(s)_____

_____

- Common areas; vacuum, throw rugs, sweep and mop floor's, dust and wash windows.
- Yard; pick up trash, mow, weed, and empty butt cans, maintain trash and recycling areas.

Specific instructions for each chore and expectations of cleanliness may be acquired from the House Manager or the Housing Inspector.

I _*Rick White eagle Weaver*_ agree to the terms and conditions of the aforementioned rules of this Guideline Agreement starting with the date below and ending with the terms of my month to month lease agreement.

I agree to add all sums of fine (monies) incurred by me, the tenant, to the total sum due for rent; payable on the 1st day of the following month. Non payment of these sums will result in non-payment of rent and subject to all remedies available to landlord for non-payment of rent.

**Applicant:**

Please print: _Rick White eagle Weaver_

Signature: _____   Date: _2/15/22_

**Witness:**

Please print: _____

Signature: _____   Date: _____

# Petitioner's Exhibit D

February 9, 2022

From: Paul R. Overman, Jr.
7600 E. 75th Street
Kansas City, MO 64138
(816)616-0321 Cell No.

Subject: Character Letter for Richard Weaver #08855258

To whom it may concern,

My name is Paul Overman, and I am a government employee with the United States Department of Agriculture, Agricultural Marketing Service, Operation Support Branch, with 36 years of government service. I have a Bachelors' of Professional Studies (BPS) degree from Rockhurst University, of Kansas City, in Organizational Leadership. I have been a very close friend of Richard Weaver for the past 2 years. He is my friend. He is my confidant. He is my brother.

I am a youth advisor in the African Methodist Episcopal Church (AME) to young people 2 to 26 years old. I do workshops on staying in school, bullying, fake friends, human trafficking, and on depression. I also mentor grown men 24 to 40 years old, that have lost their way, and just need someone to listen and to point them in the right direction on which way to go. I have been a mentor, and tutor in the Kansas City, Missouri School District. At the time that I met Richard, I became the first man, in the Women's Missionary Society to hold the title of Conference Young People and Children's Division' Director of the Midwest Conference, which is a great honor to reach and help more young people.

 Meeting Richard and sharing his vision with helping with the education and well-being needs of young men and women, we struck a bond together. I have listened to his stories, and I helped in his development of his Full Circle non-for-profit vision that he wants to start someday soon. Most of these boys that I work with and mentor, come from single family households, with no adult male direction in them. Some of these boys were very active in the streets. I was very surprised at first to find that they knew a whole lot about drugs, sex, and alcohol at their young ages. Since this was not how I was raised, and as a leader of a church program, I had to do something to change these young boys lives and perspectives, or to find that many of them would be dead by the time they were 20 years old. I looked for help to find a way to turn these boys lives around, and to make them better citizens in our communities.

Now enter Richard Weaver into my life. I met him through another inmate that I thought would be able to help me with my quest to steer my kids from a life of crime, but found out quickly everybody doesn't share the same nurturing spirt to help others as I do. Then here comes Richard. He turned out to be the perfect person to educate me on life as what my young men and boys were going through, for he himself came up from that very lifestyle that these boys know so well. He was a Godsend to me. In a short time, we became friends. With Richard's help 'WE' have saved, raised, and made wonderful young citizens of a small few of Kansas City metropolitan's own. Some have even headed to college today.

**Ex. D, Page 1 of 5**

I know, that during this short time of knowing me, and helping me with these kids, that it changed his life too. His vision for his Full Circle can be nothing but a testament of his change to become a better man. I know him to be very active in the Native American culture and Pow Wows of his current prison. He calls on me periodically to help get study guides, books, and more to help other inmates and himself to better themselves. He is an accomplished artist. He is funny and smart. He is a leader. He is a changed man.

How has Richard been in prison affected my life? My life has taken on a whole new direction. People, church groups, and other organizations call on me to do workshops for their kids. I am more active in community services in my town, and I am called upon to lead fundraisers for kid groups and organizations. I am an active participant in my town in working with youth and family traumas, in getting them to the help that they need. I'm trying to find out more about working with families with incarcerated family members. Richard has certainly broadened my preconceive notion that all bad boys will become inmates one day. I now know that good boys go to jail too.

So, it is with my strongest prayer, hope, and desire, that you find my recommendation for Mr. Richard Weaver name at the top of your list to sign off on for a release. I only wish that there was a Paul and Richard for him, when he was coming up as a young kid, a young man, and even today.  Please give him a second chance to remedy all his wrongs to society on this side of those prison walls.

Thank you,

*Paul R. Overman, Jr.*

Paul R. Overman, Jr.
Friend

Letter of support for RICHARD WHITE EAGLE WEAVER #8855258

I am Rick's pen-friend from England. I have been in contact with Rick, also known as White Eagle, for about 3 years. In that time Rick has proved himself to be a kind, caring, humble and generous individual.

Rick has been through many difficult times in his life, starting with a troubled childhood. He experienced generational trauma, violence, alcoholism, drug addiction and the tragic loss of an infant. He has suffered prejudice and mistreatment within the criminal justice system, and bears physical scars resulting from medical negligence. During his incarceration he has demonstrated great strength of character by largely resisting the repeated pressures of prison gangs. Despite all he has endured, he remains positive. He strives to overcome the challenges he faces and has a great sense of humour which is testament to his resilience. He draws strength from his Native American identity and has great pride in his Cherokee heritage. I am privileged to assist him with his indigenous language revitalization efforts and tracing his ancestry.

Rick has ambitious plans for his non-profit organisation, Full Circle Society. He shows tremendous drive and enthusiasm to make these plans a reality. All or any part of this venture would be good medicine for Native communities and beyond. Rick feels genuine remorse for his past crimes and intends to give back to society by serving others.

Rick is a talented artist and a passionate singer and drummer. His spirituality is strong and he enjoys participating in Native religious and cultural activities including Sweat Lodge and Powwow. He holds a respected place at Native Circle meetings and was thrilled to be asked to draw up some new logos for the group.

Rick has a deep love of the land. He enjoys fishing and hunting, and his dream is to own a small plot of land where he can homestead. Rick was delighted to get a job at OSCI working the greenhouse, garden and landscape, which provided him with a vital connection to the natural world. He has more recently been glad to support other inmates suffering with ill health. He has previously held down regular jobs as a firefighter, ranch/farm hand and commercial fisherman.

Rick has the determination to build a good life. I believe him to be a good person, ready to contribute and take his place in society. I am honoured to call him a friend.

Helen Colebourn

March 9th 2022

11 Sunderland Drive, Stourbridge, DY8 4LD, U.K.

**MARCH 8 2022**

**To Whom it May Concern:**

**This letter is in reference to Mr. Richard Weaver. To reflect the positive characteristics which I believe has immediate impact on his rehabilitation while incarcerated.**

**Ive known Mr. Weaver for approximately 2 ½ years via Telephone, mail and email while incarcerated in OSCI. He has exhibited a positive outlook on life and has shown inspiration. I believe if Mr. Weaver is released, his ambitious characteristics will be proven. He has expressed to me his many years of sobriety and a passion to help others.**

**My name is Carol Whiteskunk, Alcoholics Anonymous attendee & Fellow White Bison Well-briety member. I have received my 3 year chip in 2021, looking forward to 4 successful years in sobriety. I am located in Colorado. Although I reside in a different state, I will support Mr. Rick Weaver in any future endeavors.**

**Thank you for your time and patience.**

**Regards,**

**CAROL WHITESKUNK**

**IGNACIO, COLORADO**

| | |
|---|---|
| **From:** | harvey smith |
| **To:** | Nell Brown |
| **Subject:** | richard weaver |
| **Date:** | Tuesday, March 08, 2022 4:35:30 PM |

EXTERNAL SENDER

To Whom it my concern
My names is Harvey Smith and I am 45 years of age. I writing this
letter on behalf of my long time friend Richard Weaver. I have know
Rich since 99 and we lived together for some time. I do know why rich
is in prison and I know the whole story. This is a character letter to
help rich in anyway I can. Rich has always been a big hearted guy and
would give the shirt off his back. We got back in touch last year and
he has told his plans when he out and I would like to help make sure
he can do that. Rich has turned over a new leaf, You ask how I know we
talk 3 to 4 times a week and he is not the same guy from 20 years ago.
He has changed in way that would shock his own mother. He has made a
charity to help young native kids and his art work he can sell will
help him in that act. Rich has by all rights made me believe in him
again and I know how sorry he is for his act that but him in this
place.

thank you
Harvey Smith

# Petitioner's Exhibit E

Full Circle Society.org

Founder and Chief
Rick White Eagle Weaver

Mission Statement

Full Circle Society is nothing short of a Native American non-for-profit organization with the sole intent on ending Native American recidivism rate in Turtle Island by keeping youth and adults from entering the criminal justice system. Creating a family-based environment with nonprofit mini companies and activities, that are surrounded by a Native American drug and alcohol program called, "Wellness to Welbriety" by White Bison. Our mission is to save lives from the inside out. To provide safe and comfortable programs, for adults and juveniles, to better their lives. To make a positive impact in their community. To teach them how to heal, and to give back to their victims and families. Our mission and vision are to come together once again, as one people, as better human beings, to heal the sacred hoop of life. To bring connectedness, spirituality, wellness. To walk again in Full Circle upon the face of our Mother Earth. Please fully understand that Full Circle Society is not only for Native Americans. We are not biased in anyway. We want you to know, we offer our services to every race, religion, or identity. Everyone is welcome!

Full Circle Society is mission based and driven in providing self-sustaining employment, businesses, and positive connections within our own communities and beyond. We will also be offering employment throughout our numerous Full Circle Society – self-supporting departments and businesses such as:

- ➢ Full Circle Wildfire and Prevention and Reforestation
- ➢ Full Circle Drug and Alcohol Program
- ➢ Full Circle Native Arts
- ➢ Full Circle prison web services
- ➢ Full Circle food trucks
- ➢ Full Circle buffalo and elk ranch
- ➢ Full Circle herbs and community garden
- ➢ Full Circle guides and rentals

Full Circle Society will also provide emergency housing, food and clothing pantries, along with the "Red Arrow Fund" to all those in need. An emergency account primarily set up to fund for emergency situations for struggling people. Funded in whole by a percentage of Full Circle profits and donations to be used for emergency rent shortages, gas, food, medical and travel, etc.

Full Circle Society will also provide cultural and heritage programs, such as language courses, beading and crafts, native wilderness survival training, etc.

1

Full Circle Society will also support anywhere on Turtle Island, and the world, in any non-violent positive activism concerning indigenous, civil and religious rights violations, as well as to be fully involved in positive community events, and actively volunteering in our communities.

Full Circle Society will also be providing yearly pow-wow's (with no cash prizes), sticking with a more traditional structure, with local drum groups, and traveling representatives. Full Circle will also have community pow-wow grounds, an event center, a longhouse, and a traditional sweat lodge, with a full-time medicine/holy man.

Full Circle's larger mission in the end, is to have offices in major cities and states along the west coast and beyond. Full Circle Society is made up of Natives and Non-Natives who all have been through tough times, made bad decisions, criminal mistakes, and have caused pain to others or themselves. Human beings who want to make a change for the better, and choose to make a difference in their lives, and who truthfully care about all other races and traditions.

Full Circle Society is ran in a traditional tribal form of government along with 7 sworn in council members, with elections held every 7 years, excluding Founder and Chief position. With also numerous divisional administration departments.

Full Circle's other major goal is to operate fully on solar power and use recyclable energy and leave no footprint.

## Divisional Administration Departments

1. Full Circle Wildfire
2. Full Circle drug and alcohol
3. Full Circle Native Arts
4. Full Circle prison web services
5. Full Circle food trucks
6. Full Circle buffalo and elk Ranch
7. Full Circle herbs
8. Full Circle guides and rentals
   Administrative Offices
   1. Cultural and heritage
   2. Health services
   3. Day Care
   4. Solar, energy, water and waste
   5. Financial, Business and insurance
   6. Legal
   7. Maintenance
   8. Community outreach and 7 yurts – emergency shelter
   9. Emergency housing

2

## Administrative and department descriptions

Full Circle Wildfire: Prevention and Reforestation:

Full Circle Society's goal is to make
- Wildland Firefighting Strike Team of 7 engines, 4 type 6. 2 type 4 and 1 tanker. Fully equipped along with each engine: 3 crew members, crew boss, squad boss, 1 sawyer/faller for each engine and each engine will have 1 first aid trained employee. We will work closely with the United States forest service, state B.L.M. and private companies statewide as well as Canada. We will also provide slash burning, fire proofing properties and tree planting and thinning.

Full Circle wildfire will also provide a community service outlet for city and county court systems and be a direct employer of men and women coming out of jail and prison as well as office employment following successful completion of our Full Circle drug and alcohol program per court order.

Full Circle Drug and Alcohol Program: Full Circle will be using the excellent program by "White Bison" called "Wellness to Welbriety", a Native American drug and alcohol program. We here at Full Circle Society strive to provide a more spiritual, family-based approach in our program. We strive to "eliminate" the "medical" feel of the usual in and out cash ticket types of commercial drug and alcohol programs and counseling. Throughout most of our lives here at Full Circle, we have had hands on experience dealing with drugs and alcohol abuse issues. or know of someone in our lives who does our had drug and alcohol issues, and we always ask, "why is that not working?" "Why is there no change?" "What does it take to make it the first time?" "Why, as human beings, can't we come together as a group, as a family, and heal each other from our spiritual being to our fleshy vessels?" "To re-connect with our families and communities?" The answer is "Family" without it, we crumble. Full Circle Society will have 7 female beds and 7 male beds, to ensure a 1 on 1 family-oriented atmosphere, along with emphasizing, on meditation, and hands on lessons in our local mountains and streams. Including Native American spiritual teachings, bringing an innocent Mother Earth based healing, being once again good spiritual human beings, set free of our pains, sorrows and fears, to become once again "spiritually connected and tuned" and to become a positive influence in our communities. We truly care about you and want nothing more than to help you regain your lost self, as we all have become lost at times ourselves and most likely will again, but with the support of each other, will we ever truly be lost? We pray you come to see us and join our program.

## Full Circle Drug and Alcohol Program
- Consists of the following trained staff and professionals:
➢ Physicians
➢ RNA's
➢ CRNA's
➢ Drug and Alcohol Councilors

3

- ➢ Prescriber
- ➢ Security Personal
- ➢ Yoga Instructor
- ➢ Wilderness Instructor
- ➢ Spiritual Advisor/Holy Man

**The building itself will contains**:
- ➢ Female Dorm
- ➢ Male Dorm
- ➢ Female bathroom/shower (double)
- ➢ Male bathroom/shower (double)
- ➢ Crash Rooms
- ➢ Small medical clinic w/basic emergency eq.
- ➢ Community Room w/game room – no violence involved video games
- ➢ Quiet, Meditation Area
- ➢ Community Kitchen

## Full Circle Society Drug and Alcohol Program

Will take cash, insurance, Bureau of Indian Affairs (BIA), and also work closely with the state court systems and county probation, and parole offices for state and county ordered drug and alcohol programming, and small cases on a pro-bono fund, to provide counseling for certain individuals who cannot afford treatment, for the individual and public goal.

## Full Circle Native Arts

The soul purpose is to provide ways for inmates (and non) to have a place to sell or donate their artwork. Through our website, tribal office, pow-wows, and community events, fairs, one can either donate their work or sell it to us or put on consignment at a 30% rate which 15% goes directly into the Full Circle "Red Arrow Fund". We will also provide this service to the public, along with constraints and disclaimer. There will be no violent art, sexual, or gang related material allowed. If art of that nature is submitted, it will be destroyed.

## Full Circle Prison Web Services

Our mission is to provide steady fair web services for inmates, i.e., phones, reprints, email service, Facebook accounts, go fund me, etc., all at affordable costs to inmates as we all know how overpriced most companies are compared to an inmate.

- For employment income, as most inmates don't have family left and are desperate to reach out into the world. Prices soon to follow, along with contract, disclaimer –

4

absolutely no violence, nudity, gang activity, nor contacting victims is allowed, and will be reported to the police.

### Full Circle Food Trucks

Full Circle will have a community-based food truck travelling around our communities and local events. Serving local and traditional native cuisine, all harvested and picked in a sacred way, supplied by our herb and garden, and buffalo and elk ranch, as well as wild harvests. Serving frybread, frybread tacos, with a traditional pre contact diet of meat and fish, berries and roots, and native smoothies. Full menu and prices coming soon.

### Full Circle Buffalo and Elk Ranch

This small ranch will raise buffalo and elk (but also chickens for meat and eggs). This meat will be sold locally and afar and will provide meat for our food trucks as well as food pantry and yearly donates for prison pow-wows. All with USDA approval and certification.

### Full Circle Herbs and Community Garden

Full Circle Society will be growing our own herbs and as well as harvesting wild plants and roots to sell and donate to prison native sweat lodges.

- As well as sell to the community. Our customers will know that these herbs raised and harvested will be done in a native way, giving offerings and prayers, and respect to our Mother Earth. We know how hard it is to get religious herbs in prison and for spiritual use. We will also have a community as well as our pantry and food truck and pow-wow food requirements.

### Full Circle Guides and Rentals

Our guide service will solely provide service for Lake Billy Chinook, Lake Simtustus, the Deschutes River, and central Oregon lakes. We will offer guided trips year-round for fishing and sightseeing. Fishing primarily for rainbow and brown trout, kokanee, steelhead and salmon, and Lake Billy Chinook and Simtustus Lake scenic tours. We will provide fully loaded guide boats, four guests per boat. All gear provided w/meals and beverages. We will also provide guided day hikes along Deschutes River and Green Ridge. We will have 2 pontoon and 7-12-foot rental boats for self-guided rentals, and free fish cleaning and local taxidermy if desired. Prices coming soon.

- All 8 of these departments/divisions are set up to work together in hopes to fully self-support our mission statement.

5

- We will also be seeking out tribal support throughout Oregon as well as community, state, federal support, and financial donations. Full Circle Societies' larger goal is to have an office in all major cities in Oregon. We fully understand the large scale of our dream and our motivation is to pick one department and add from there.


Statement from Founder and Chief

Osiyo! Not to long ago, I was speaking to an Elder, and well, complaining about life in prison, and the world. He just looked at me and said in a hard tone, "Well what are you doing about it White Eagle?" I just felt as if I was punched straight in my soul. Right then I knew exactly what I was meant to do. All this basically came to me in a dream, in 2016. Most of my life, I've gone through some tough times and I have taken from and hurt some people and been a negative impact to my communities. Now after realizing what it's done to my family and children, all I strive to do is to find a way to give back and to walk in full circle, and to provide an opportunity for others to do as well. I pray this organization has touched you enough to want to be apart of, and if so, please feel free to contact me, and if this something you wish to be apart of in anyway, I will send you the pledge. If you have any offerings of wisdom, or donations, or wish to help and support, please feel free to contact me and our members. A-ho

Wado. (Thank you)

Eanigada-Qusdi-Idadadvhn
(All relations in creation)
NVWADOHIYADA
(Harmony & Peace to you)


Rick White Eagle Weaver
Founder and Chief
#8855258
Oregon State Correctional Institution
3405 Deer Park Drive SE
Salem, OR 97310

# Petitioner's Exhibit F

Tribune

# Judge blasts Oregon prisons doctor; says must follow CDC rules

👤 Nick Budnick   📅 January 30 2021

**Marion judge requires beefed-up COVID-19 safety measures, recognizes arbitration process for prisoners seeking release.**

A Marion County judge this week blasted the doctor in charge of health care at Oregon's prisons, approving a settlement that essentially requires the state to follow Centers for Disease Control guidelines.



The decision comes as dozens of lawyers around Oreggon have been waging a campaign to secure early release for clients who are particularly vulnerable to COVID-19. In filings around Oregon they've argued Gov. Kate Brown and the Oregon Department of Corrections are not ensuring safety or releasing vulnerable inmates as they should in light of the disease's rapid spread in Oregon's prisons (https://www.oregon.gov/doc/about/pages/prison-locations.aspx).

More than 12,600 people are incarcerated in the state's facilities.

"We are disappointed with and disagree with Judge Burton's ruling," said Jennifer Black, a communications manager for the department, adding that she could not comment further on the pending case.

The Jan. 27 ruling, issued by Circuit Judge Claudia M. Burton, found that Dr. Warren Roberts, the Chief Medical Officer for the Oregon Department of Corrections, was evasive and unconvincing while defending the treatment of Richard F. Weaver, Jr., an inmate at the Oregon State Correctional Institute in Salem.

Click here to read the opinion. (https://pamplinmedia.com/documents/artdocs/00003694829859-0825.PDF)

In a judgment settling the case, Burton also recognized a process under Multnomah Circuit Judge Benjamin Souede to oversee negotiated resolutions to Weaver's case and others like it.

The state's lawyers consented to a set of measures including more testing for inmates, strengthened vaccination assurances and an agreement to improve handwashing, sanitation, physical distancing and enforcement of mask requirements.

Click here to read the order. (https://pamplinmedia.com/documents/artdocs/00003694829905-0825.pdf)

"I talked to my client today and read it him, and he just cried," said Portland defense lawyer Tara Herivel, who has been coordinating the effort by about 30 attorneys to research prison conditions and file petitions to shorten clients' sentences.

Burton's ruling focused on Roberts in particular, saying his credibility in defending the corrections department's care was lacking.




(https://wallit.io/users)
Go to top

**Ex. F, Page 1 of 19**

"Dr. Roberts' technical competence as a physician is at least questionable," Burton wrote. "At best, he had a poor understanding of his obligations under the corrective action agreement and the requirements to maintain his board certification. At worst, he was intentionally dishonest with regard to these matters. I agree with plaintiff that Dr. Roberts is an unreliable witness who lacks credibility."

In 2011, Weaver was sentenced to 25 years in prison after pleading guilty to attempted murder and two counts of robbery for attacking a tool shop owner in Salem with a claw hammer.

His sentence calls for him to be released no sooner than 2035.

In prison, however, the treatment Weaver received for his asthma, chronic bronchitis and an injured left wrist at times amounted to "deliberate indifference," Burton wrote.

For instance, the judge cited the department's restrictions on supplying Weaver with new inhalers, even after he contracted COVID-19.

"For 22 days in the fall of 2020 he did not have access to an inhaler at all, even when he was suffering from COVID-19. The lack of adequate access to an inhaler is a risk to plaintiff's life," the judge wrote, adding that the state corrections department "offered no evidence, either in terms of cost or risk of any adverse consequences, of any rational reason to restrict plaintiff's access to an inhaler to such a degree."

Similarly, regarding Weaver's injured wrist and pain problems, the state "has repeatedly been put on notice of the issues and failed to meet the standard of care," Burton wrote.

The judge noted that Roberts has been the subject of a number of disciplinary or legal sanctions, including a $4 million malpractice verdict against him in 2017 and actions by the Oregon and Colorado medical boards accusing him of substandard care.

Black, the corrections spokeswoman, defended Roberts as an "exceptional physician," adding that "We firmly believe that the Department of Corrections provides high-quality health care and services to the approximately 13,000 people in our care and custody, even during the difficult challenges presented by the global COVID-19 pandemic."

She said Brown has issued commutations or sentence relief to more than 240 vulnerable inmates and approved commutations for more than 140 others.

Herivel said the problem goes beyond one doctor, adding that negligent practices are driving the disease's spread in the state's facilities. She said more inmates should be released.

"They're not separating people who are positive and negative," she said. "They are not telling people that they have tested positive for a really long time, if ever, and then they send them back to units."

To date, 43 Oregon inmates have died in state facilities in connection with COVID-19 since the pandemic began, according to the state. So far, more than 1,300 medically vulnerable prisoners have been vaccinated (https://www.opb.org/article/2021/01/22/oergon-prisons-lawsuit-covid-19-vaccine/).

Herivel said she is pleased by the victory, but is concerned that the disease continues to spread inside facilities.

"I think we're making some impact," she said, but for some, "it's coming too late."



**Claudia M. Burton**
Senior Judge

**Office Location:**
100 High St. Salem, Oregon



**Chambers: Room #1440**
**Courtroom: 1 B**

**Phone: 503-584-7713**

**CIRCUIT COURT OF OREGON**
**THIRD JUDICIAL DISTRICT**
**MARION COUNTY COURTHOUSE**
**PO BOX 12869**
**SALEM, OREGON 97309-0869**

January 27, 2021

Matthew Maile                          Tara Herivel
Attorney at Law                        Attorney at Law
1162 Court St NE                       811 SW Naito Pkwy
Salem OR  97301                        Portland OR  97204
Matthew.maile@doj.state.or.us          Tara@heriveldefense.com

RE:    Richard Weaver Jr v. Garett Laney, Colette Peters
       Marion County Circuit Court Case No. 20CV19928

Dear counsel:

As you are aware, this matter was tried before me via Webex on January 26, 2021.  Prior to trial, the parties settled plaintiff's claims regarding alleged inadequate precautions against covid-19, and the case proceeded to trial regarding plaintiff's claims regarding alleged inadequate medical treatment.  I took the matter under advisement at the conclusion of the trial, and this letter sets forth my opinion.

## **FINDINGS OF FACT**

Plaintiff is a 46-year old inmate (also "AIC" – adult in custody) at the Oregon State Correctional Institute ("OSCI"), a prison operated by the Oregon Department of Corrections ("ODOC").

Plaintiff suffers from a history of poorly controlled asthma and chronic bronchitis.  In October of 2020, he contracted covid-19.  Although he has recovered from covid-19, he continues to have lingering effects.  His exercise tolerance is significantly reduced, and he becomes winded and short of breath when walking short distances or climbing stairs.  He is prescribed an albuterol "rescue" inhaler.  This is a critical item and could literally save his life in the event of an asthma attack.  Since contracting covid, he needs to use the inhaler approximately twice as much as before.  His prescription allows him to use the inhaler for two puffs up to 4 times a day; thus up to 8 puffs a day.  However, he is only allowed 1 inhaler every 120 days, and there are 90 puffs in one inhaler.  There are insufficient doses in the inhaler for him to receive 8 puffs a day for 120 days; indeed, there are insufficient doses for him to receive <u>one</u> puff per day for 120 days.

**Ex. F, Page 3 of 19**

Plaintiff has requested inhalers at times when he runs out "early" only to be told that he must wait until 120 days since his last one was issued.  Therefore, plaintiff rations use of his inhaler, using less than the prescribed amount.   In addition, for 22 days in the fall of 2020 he did not have access to an inhaler at all, even when he was suffering from covid-19.  The lack of adequate access to an inhaler is a risk to plaintiff's life.  Defendant offered no evidence, either in terms of cost or risk of any adverse consequences, of any rational reason to restrict plaintiff's access to an inhaler to such a degree.

While chest xrays of plaintiff appear normal, peak flow rate testing of his lungs performed on December 2, 2020, showed readings of 450, 400, and 430.  These are abnormal readings; given plaintiff's height his readings should be in the 600's.  Plaintiff has repeatedly complained of shortness of breath to ODOC.  Given his history of asthma, bronchitis, and covid-19, as well as his abnormal peak flow rate testing, the standard of care would be for plaintiff to be referred to a pulmonologist for pulmonary function testing.

In approximately October of 2020, plaintiff fell and injured his left wrist.  Since then, he has had constant pain.  The pain control offered by ODOC has been inadequate and inappropriate.  His pain has not been adequately controlled, and he has repeatedly complained to ODOC regarding his pain.  He has been prescribed the anti-inflammatory Celebrex for pain, but besides being ineffective, this is contraindicated for him because of his history of peptic ulcers.  Hypermobility of his carpal bones was noted by a physical therapist.  The standard of care requires that plaintiff have an MRI of his wrist and be allowed to consult with an orthopedic surgeon.  Shortly before trial, plaintiff was finally approved for an MRI of his wrist.  However, ODOC has declined to say whether he will be referred to an orthopedic surgeon.

Plaintiff also suffers from generalized chronic pain, including cervical and thoracic pain.  He has also repeatedly complained of this condition to ODOC.  Interventions have been attempted but have failed.  The standard of care requires that he be evaluated by a pain control specialist.

To the extent that there was evidence in the record contrary to the findings above, that evidence came from Dr. Warren Roberts, the Chief Medical Officer for the Oregon Department of Corrections.

Dr. Roberts has been the subject of multiple medical malpractice claims.  While the court could not discern the outcome of these from the records submitted (and the court fully recognizes that frivolous claims can be filed); Dr. Roberts admitted that one claim resulted in a jury verdict in 2017 of over four million dollars against him.  In 2011, the Colorado Medical Board issued a letter of admonition against Dr. Roberts finding that his treatment of a patient in 2007 "fell below the generally accepted standards of practice for a neurosurgeon."  In 2014, the Oregon Board of Medical Examiners initiated a formal complaint against Dr. Roberts.  As amended in 2015, the complaint alleged inadequate care by Dr. Roberts of 5 patients (in addition to the Colorado incident).

Counsel
January 27, 2021
Page 3

In 2015, as a result of a dispute with a hospital, Dr. Roberts ceased performing surgery.  In January of 2020, the Oregon Board of Medical Examiners resolved the previously issued complaint against Dr. Roberts by a non-disciplinary corrective action agreement.  Paragraph 4.1 of the agreement required Dr. Roberts to complete a one-year mentorship program under which a mentoring physician would conduct ongoing chart review of Dr. Roberts' patients and meet weekly with Dr. Roberts to discuss patient care issues.  Paragraph 4.2 provided that if Dr. Roberts wished to resume a surgical practice, he was required to submit a re-entry plan to the Board for approval.

Dr. Roberts has not had a mentoring physician since July of 2020.  He has not submitted a re-entry plan to the BME to resume a surgical practice.

Prior to being confronted with the actual corrective action agreement, Dr. Roberts testified that he was currently able, under the agreement, to perform neurosurgery. According to both his declaration and his testimony, Dr. Roberts is board certified in neurosurgery.  Dr. Roberts testified that his board certification is in good standing. However, he is out of compliance with the annual continuing certification requirements to maintain that certification in good standing.  According to Dr. Roberts' declaration, he provides care to AICs at all ODOC facilities.  He also physically examined plaintiff on January 21, 2021.  These activities would not appear to comply with paragraph 4.1 of the corrective action agreement, as there is no mentor conducting chart reviews or weekly meetings with Dr. Roberts regarding these patient care activities; and there has not been for over 6 months.

In short, Dr. Roberts' technical competence as a physician is at least questionable.  Dr. Roberts' testimony regarding his professional difficulties was evasive. At best, he had a poor understanding of his obligations under the corrective action agreement and the requirements to maintain his board certification.  At worst, he was intentionally dishonest with regard to these matters.  I agree with plaintiff that Dr. Roberts is an unreliable witness who lacks credibility.

## LEGAL ANALYSIS

To establish a habeas corpus claim under the 8th Amendment of the United States Constitution for failure to provide medical care, plaintiff must establish deliberate indifference by ODOC to his serious medical needs.  *Estelle v Gamble*, 429 US 97, 104; 97 S Ct 285, 291, (1976).  Oregon has adopted the same standard to state a claim under Article I Section 16 of the Oregon Constitution.  *Billings v Gates* 323 Or 167, 180-181; 916 P2d 291, 299-300 (1996).  A medical condition is "serious" if, left untreated, it would "have a significant adverse effect on an inmate's daily activities, resulting in substantial and recurring pain or discomfort, or would create a significant risk of permanent disability or death."  *Id.*, 323 Or at 181; 916 P2d at 300.  In *Billings*, failure to provide arch supports was sufficient to state a claim.

Here, the failure to provide proper care for plaintiff's respiratory issues impairs his ability to exercise or even walk short distances and creates a risk of death from respiratory failure. The failure to treat his wrist injury has created serious pain for several months. Similarly, his chronic pain syndrome causes…(at the risk of redundancy) chronic pain.

Deliberate indifference is first and foremost established by the refusal to provide plaintiff with sufficient inhalers. From the dose prescribed and the number of puffs per inhaler, it would be obvious that the inhalers supplied are insufficient to allow plaintiff to take the prescribed dose, and there was no evidence as to any reason not to provide plaintiff with an adequate supply of inhalers. Both with regard to plaintiff's wrist pain and his chronic pain syndrome, defendant has repeatedly been put on notice of the issues and failed to meet the standard of care.

As defendant points out, a mere difference of medical opinion is insufficient to constitute deliberate indifference. *Id.* There are two problems with this. First, I have already found that ODOC's care of plaintiff falls below the standard of care. I fail to understand how care outside the standard of practice could be the result of any reasonable difference of medical opinion. Second, defendant's entire defense of its medical treatment of plaintiff was based on the testimony of Dr. Roberts, who as noted above, is simply not a reliable witness.

Plaintiff has established violations of the 8th Amendment and Article I Section 16 of the Oregon Constitution.

## REMEDY

Defendant shall arrange for plaintiff to see a pulmonary specialist for pulmonary function testing and such other diagnostic workup as that specialist recommends, and shall follow the treatment recommendations of that specialist. Defendant shall immediately make sufficient inhalers available to plaintiff to allow him to use the prescribed amount, i.e., up to 8 puffs per day. Defendant shall ensure that plaintiff consults with an orthopedic surgeon following his wrist MRI and shall comply with that physician's treatment recommendation. Pending such treatment, defendant shall immediately implement effective pain control measures for plaintiff's wrist. Defendant shall ensure that plaintiff is seen by a pain control specialist regarding his chronic pain syndrome and shall follow the treatment recommendations of said specialist. Defendant shall pay plaintiff's filing fee.

Counsel
January 27, 2021
Page 5

This court, as requested by plaintiff, retains jurisdiction to ensure compliance with the court's orders.

Would Ms. Herivel please submit the judgment?


Sincerely,

*Claudia M. Burton*

Claudia M. Burton
Senior Judge

1

2

3

4            IN THE CIRCUIT COURT OF THE STATE OF OREGON

5                    FOR THE COUNTY OF WASHINGTON

6   RICHARD WEAVER,                    Case No. 20CV19928

7            Plaintiff,                STIPULATION OF THE PARTIES, ORDER
                                       APPOINTING SETTLEMENT COMPLIANCE
8   v.                                 JUDGE, AND LIMITED JUDGMENT OF
                                       DISMISSAL OF COVID-19 CLAIMS WITHOUT
9   GARETT LANEY, Superintendent,      PREJUDICE
    Oregon State Correctional Institution,
10                                     **HABEAS CORPUS**
            Defendant.
11
                                       **ORS 20.140 - State fees deferred at filing**
12

13        By their signatures below, the parties in the above-captioned case, through

14   counsel, stipulate and agree to resolve this matter on the following terms:

15        1.    The spread of COVID-19 is a public health crisis that requires urgent action,

16   and that Adults in Custody ("AICs") within the Oregon Department of Correction's

17   ("ODOC") correctional facilities are among those individuals who are more vulnerable to

18   COVID-19.

19        2.    Given the urgent nature of the pandemic, the parties agree that a

20   negotiated resolution, facilitated by Multnomah County Circuit Court Judge Benjamin

21   Souede, is a more effective and efficient means of resolving the disputes presented in this

22   case.  The parties acknowledge that similar cases will be resolved using this framework,

23   but this agreement is solely between the plaintiff and ODOC in the present case.

24        3.    In recognition of the urgency of the COVID-19 crisis, and in an effort to

25   demonstrate its commitment to responding to plaintiffs, the AIC population, and the

Page 1 -    STIPULATION OF THE PARTIES, ORDER APPOINTING SETTLEMENT COMPLIANCE JUDGE, AND
            LIMITED JUDGMENT OF DISMISSAL OF COVID-19 CLAIMS WITHOUT PREJUDICE

Law Office of Tara Herivel, LLC
811 S.W. Naito Parkway, Suite 420
Portland, Oregon 97204
Phone: (503) 893-5525
Tara@heriveldefense.com

**Ex. F, Page 8 of 19**

1    general public, ODOC affirms its commitment to take all reasonable and available steps

2    to protect AICs from harm resulting from the pandemic.  Specifically, ODOC will comply

3    with the following COVID-19 guidance (collectively referred to as "Guidance"):

4            a.    The Oregon Health Authority's ("OHA") "Interim Guidance on

5    Management of [COVID-19] in Correctional and Detention Facilities", last updated

6    December 16, 2020.

7            b.    The Centers for Disease Control's ("CDC") "Interim Guidance on

8    Management of [COVID-19] in Correctional and Detention Facilities", last updated

9    December 31, 2020.

10           c.    Oregon Occupational Safety and Health Division's ("OSHA")

11   "Temporary Rule [OAR 437-001-0744] Addressing COVID-19 Workplace Risks" and

12   "Mandatory Workplace Guidance for Jails, Prison, and Other Custodial

13   Institutions", effective November 16, 2020.

14           d.    Any updates to the Guidance listed above issued during the

15   pendency of the pandemic will supersede the outdated version and will be

16   followed.

17       4.    In addition to its agreement to comply with the Guidance, ODOC also

18   agrees to take the following COVID-19 prevention measures that are not expressly listed

19   in the Guidance:

20           a.    Quarantine and medical isolation should not be punitive.  ODOC

21   will ensure privileges are not lost and conditions are humane while AICs are in

22   medical isolation and quarantine.  ODOC will make all available efforts to provide

23   access to medical checks, access to information regarding medical isolation and

24   quarantine, mental health care, showers, phones, books, tablets, and recreation

25   time while AICs are in quarantine or medical isolation.  No AIC shall lose earned

Page 2 -    STIPULATION OF THE PARTIES, ORDER APPOINTING SETTLEMENT COMPLIANCE JUDGE, AND
            LIMITED JUDGMENT OF DISMISSAL OF COVID-19 CLAIMS WITHOUT PREJUDICE

Law Office of Tara Herivel, LLC
811 S.W. Naito Parkway, Suite 420
Portland, Oregon 97204
Phone: (503) 893-5525
Tara@heriveldefense.com

**Ex. F, Page 9 of 19**

1    time, housing designation, or eligibility for early release programs solely as a result

2    of quarantine or medical isolation.

3        b.    ODOC will ensure that AICs who contract COVID-19 will receive

4    adequate care both during and after their COVID-19 infection per the protocols set

5    forth in the CDC and OHA Guidelines.

6        c.    ODOC will take all reasonable and available measures to ensure that

7    any AIC who requests a COVID-19 test will be provided a test.  Recognizing that

8    stigma may be attached to individual requests for tests, ODOC shall make testing

9    available broadly to the entire population of any given facility.

10        d.    ODOC will employ to its best ability additional strategies for social

11    distancing within its current facility, including: placement of spots with six feet of

12    distancing on the flooring anywhere queues form; staggering dining, medication

13    line and recreation groups; and moving or limiting use of exercise equipment to

14    ensure distance of six feet between users.

15        e.    ODOC will take additional measures to provide sanitation and

16    handwashing and shall take reasonable measures to ensure access to sanitation

17    and handwashing.  ODOC will ensure cleaning materials including disinfectant

18    shall be available to AICs in all congregate areas for high touch surfaces.  ODOC

19    shall provide signage to enforce use of the disinfectant at high touch areas, and

20    instruct its staff to encourage use of cleaning materials in such areas.  ODOC will

21    also take additional measures to provide additional handwashing and hand

22    sanitization measures (including provision of alcohol-based hand sanitizer where

23    feasible) and alcohol-free hand sanitizer where there is not an effective means for

24    hand washing.

25

Page 3 -    STIPULATION OF THE PARTIES, ORDER APPOINTING SETTLEMENT COMPLIANCE JUDGE, AND
            LIMITED JUDGMENT OF DISMISSAL OF COVID-19 CLAIMS WITHOUT PREJUDICE

Law Office of Tara Herivel, LLC
811 S.W. Naito Parkway, Suite 420
Portland, Oregon 97204
Phone: (503) 893-5525
Tara@heriveldefense.com

Ex. F, Page 10 of 19

f.     To the greatest extent possible, ODOC shall ensure that AICs who are COVID-19 positive and in medical isolation shall not come into contact with AICs who are not COVID-19 positive and are not in medical isolation.

g.     ODOC will require anyone entering ODOC property to wear a mask or face covering in any indoor work setting or other indoor premises regardless of distance from others unless they are in a private, individual office not shared by anyone else; or they are actively eating or drinking and at least six (6) feet of distance can be maintained between other people.  ODOC will enforce this requirement through progressive discipline.

5.     The parties recognize that monitoring and enforcement of the COVID-19 prevention measures within ODOC facilities is essential for ensuring compliance with the Guidance and the terms of this agreement.  ODOC therefore agrees to the following:

a.     ODOC will continue with unannounced audits of its facilities by the infection readiness review teams.

b.     ODOC will respond to all complaints made to Oregon Occupational Safety and Health Association ("OSHA") and provide copies of those responses to counsel for plaintiff when requested, and it will continue to encourage OSHA to inspect any of ODOC facilities.

c.     ODOC will designate an AIC or multiple AICs at plaintiff's facility who is eligible to accompany the institution COVID-19 compliance manager at the facility (or the Officer in Charge, where there is not a separate COVID-19 compliance manager) on internal facility inspections, subject to exclusion from secure and confidential locations that AICs are not permitted to enter.  The AIC or AICs shall accompany the compliance manager at least weekly.

Page 4 -    STIPULATION OF THE PARTIES, ORDER APPOINTING SETTLEMENT COMPLIANCE JUDGE, AND LIMITED JUDGMENT OF DISMISSAL OF COVID-19 CLAIMS WITHOUT PREJUDICE

Law Office of Tara Herivel, LLC
811 S.W. Naito Parkway, Suite 420
Portland, Oregon 97204
Phone: (503) 893-5525
Tara@heriveldefense.com

Ex. F, Page 11 of 19

1        d.     Whenever there is a concern regarding compliance with this

2  agreement, plaintiff's counsel shall be provided with reasonable access to the

3  documents, video, and information necessary to review and investigate whether

4  ODOC is in compliance with this agreement.  Any documents disclosed under this

5  provision shall be marked "confidential" and shall not be disclosed to plaintiff or

6  any AIC or used for any purpose except in conjunction with enforcing this

7  agreement.

8        e.     ODOC also agrees to make random video available to a

9  representative of plaintiff's counsel to determine compliance with this agreement.

10  A representative for all plaintiffs in the collective COVID-19 habeas actions can

11  collectively request, on a weekly basis, up to five hours of security video of

12  particular areas of institutions.  ODOC shall either comply with this request in a

13  reasonable amount of time or inform plaintiff's counsel of security or logistical

14  issues that would preclude disclosure of the requested video, and offer any

15  acceptable substitute video.  Any video disclosed under this provision shall be

16  marked "confidential" and shall not be disclosed to plaintiff or to any other AIC or

17  used for any purpose except in conjunction with enforcing this agreement.  No

18  copies of any video made available by ODOC shall be made, provided, or disclosed

19  to any person in any manner, including via the internet through use of social

20  media or other web-based services or sites.  Any video provided shall be returned

21  to ODOC at the conclusion of litigation and not retained.

22        f.     Subject to both resource and security limitations, plaintiff's counsel

23  or an authorized representative shall be permitted to accompany the institution

24  COVID-19 compliance manager (or the Officer in Charge where there is not a

25

Page 5 -   STIPULATION OF THE PARTIES, ORDER APPOINTING SETTLEMENT COMPLIANCE JUDGE, AND
           LIMITED JUDGMENT OF DISMISSAL OF COVID-19 CLAIMS WITHOUT PREJUDICE

Law Office of Tara Herivel, LLC
811 S.W. Naito Parkway, Suite 420
Portland, Oregon 97204
Phone: (503) 893-5525
Tara@heriveldefense.com

**Ex. F, Page 12 of 19**

1    separate COVID-19 compliance manager) to inspect locations within the facility to

2    ensure compliance with this agreement.

3         g.      ODOC will comply with statutory requirements concerning the

4    authority of the Corrections Ombudsman, which the parties jointly acknowledge

5    was recently funded by the Oregon legislature for the specific purpose of reviewing

6    ODOC's COVID-19 prevention measures.

7    6.      In recognition of the central role that vaccines will play in ending the

8    pandemic and protecting the health of AICs, defendants acknowledge that most AICs will

9    be included in Phase 1b of the vaccine rollout.  The parties also acknowledge and stipulate

10   to the following:

11        a.      ODOC will undertake all reasonable and available measures to

12   vaccinate any AICs in the 1a category, as defined by the Oregon Health Authority,

13   once sufficient vaccines are available.

14        b.      AICs who are 65 and older are eligible for vaccines beginning January

15   22, 2021.  ODOC will undertake all reasonable and available measures to vaccinate

16   AICs over 65 once sufficient vaccines are available.

17        c.      Any additional decisions regarding the priority of AICs within 1b will

18   be made by the State of Oregon after receiving necessary input from the Oregon

19   COVID-19 Vaccine Advisory Committee ("VAC") or other state entities.  No

20   additional representations are made regarding vaccine priority within 1b as part of

21   this agreement.

22        d.      Plaintiff, their attorney, and their representatives are permitted and

23   encouraged to advocate for a higher priority within 1b directly with the VAC or any

24   other state entity, excluding ODOC.

25

Page 6 -   STIPULATION OF THE PARTIES, ORDER APPOINTING SETTLEMENT COMPLIANCE JUDGE, AND
           LIMITED JUDGMENT OF DISMISSAL OF COVID-19 CLAIMS WITHOUT PREJUDICE

Law Office of Tara Herivel, LLC
811 S.W. Naito Parkway, Suite 420
Portland, Oregon 97204
Phone: (503) 893-5525
Tara@heriveldefense.com

Ex. F, Page 13 of 19

1         e.    ODOC will undertake all reasonable and available measures to

2    vaccinate all AICs once priority is established and vaccines are made available.  So

3    long as supplies are available, AICs will receive two doses, the second 28 days

4    following the first, per the Moderna protocols required for fully effective

5    vaccinations at this time.  Should Moderna protocols change, ODOC will adhere to

6    those protocols.

7        7.    In exchange for the commitments set forth above, plaintiff agrees to dismiss

8    their COVID-19 conditions claims without prejudice.  This action shall otherwise remain

9    pending, and plaintiff shall be permitted to proceed on any allegations that ODOC is

10    failing to provide them adequate medical care or treatment for conditions other than

11    COVID-19.  Should plaintiff proceed on independent medical claims following dismissal

12    of their COVID-19 conditions claims, they will strike through the conditions claims in any

13    relevant pleading that are covered by this agreement, rather than be required to amend

14    their current replication to ensure there is no procedural delay to their case.  Plaintiff also

15    may file an amended replication that only addresses independent medical claims.

16        8.    The parties stipulate that Judge Souede will serve as Settlement Compliance

17    Judge to ensure compliance with the terms of this settlement agreement, subject to the

18    following terms and conditions:

19        a.    Defendants are required to substantially comply with the terms of

20    this agreement.  Plaintiff may seek to remediate any lack of substantial compliance

21    that presents an ongoing risk of harm to plaintiff or results in a denial of the

22    monitoring measures set forth in paragraph 4.

23        b.    The parties shall attempt to first resolve disputes concerning the

24    settlement agreement informally prior to addressing issues directly with Judge

25    Souede, unless the dispute is of an emergency nature involving immediate harm.

Page 7 -    STIPULATION OF THE PARTIES, ORDER APPOINTING SETTLEMENT COMPLIANCE JUDGE, AND
          LIMITED JUDGMENT OF DISMISSAL OF COVID-19 CLAIMS WITHOUT PREJUDICE

Law Office of Tara Herivel, LLC
811 S.W. Naito Parkway, Suite 420
Portland, Oregon 97204
Phone: (503) 893-5525
Tara@heriveldefense.com

Ex. F, Page 14 of 19

1    Non-emergency alleged violations shall be conferred upon by the parties in an

2    expedited manner.

3            c.      In the event that the parties are unable to resolve any disputes

4    concerning this agreement, the plaintiff may present to Judge Souede evidence

5    that ODOC is not substantially complying with the terms of this agreement, and

6    that the lack of substantial compliance presents an ongoing risk of harm to

7    plaintiff.  Group submissions are permitted so long as each individual plaintiff has

8    standing to enforce this agreement.

9            d.      Plaintiff's submissions should be in the form of a filed motion for

10   enforcement, an accompanying legal memorandum (not to exceed 5 pages except

11   with prior leave from Judge Souede), and any accompanying declarations or

12   evidence.  Defendants shall have three business days to respond to plaintiff's

13   submissions, subject to the same limitations.

14           e.      Upon receipt of the parties' submissions, Judge Souede shall

15   determine whether additional argument or evidentiary submissions are necessary,

16   and shall render a written decision in an expedited manner.

17           f.      In the event that Judge Souede finds that defendants have not

18   substantially complied with the terms of this agreement, and that the lack of

19   substantial compliance presents an ongoing risk of harm to plaintiff, then Judge

20   Souede shall have the authority to order ODOC to remedy the breach.

21           g.      In the event that defendants willfully decline to remedy any alleged

22   breach, and Judge Souede finds that no other remedies are effective, he shall have

23   the authority to impose remedial or punitive sanctions on ODOC.

24           h.      The parties stipulate and agree that Judge Souede's written order

25   shall be the final resolution of any disputed submitted in accordance with this

Page 8 -   STIPULATION OF THE PARTIES, ORDER APPOINTING SETTLEMENT COMPLIANCE JUDGE, AND
           LIMITED JUDGMENT OF DISMISSAL OF COVID-19 CLAIMS WITHOUT PREJUDICE

Law Office of Tara Herivel, LLC
811 S.W. Naito Parkway, Suite 420
Portland, Oregon 97204
Phone: (503) 893-5525
Tara@heriveldefense.com

**Ex. F, Page 15 of 19**

1    agreement.  The parties hereby forsake and waive any rights of appeal or to seek

2    other judicial review for disputes arising from concerns regarding whether

3    defendants are in compliance with this agreement in the above-noted case.

4        9.    In reaching this agreement, ODOC expressly rejects any assertion, in this

5    proceeding or otherwise, that it is violating the rights of plaintiffs or any other AICs with

6    respect to its COVID-19 response.  ODOC's documentation of its commitments within

7    this agreement is not to be construed as an admission or proof of any liability or fault

8    whatsoever on the part of ODOC or any agent or employee of ODOC.

9        10.    Plaintiff is the only individual who has standing to enforce this agreement.

10    Plaintiff shall have standing to enforce this agreement until either plaintiff is released, is

11    fully vaccinated against COVID-19 (including the first and second doses), or is offered the

12    COVID-19 vaccination and declines.

13        **ORDER OF THE COURT AND LIMITED JUDGMENT OF DISMISSAL:**

14        Based on the stipulation of the parties, this Court hereby APPOINTS the

15    Honorable Benjamin Souede as the Settlement Compliance Judge for purposes of

16    ensuring compliance with this settlement agreement, and DISMISSES plaintiff's COVID-

17    19 conditions claims.  Plaintiff may strike through the conditions claims in any relevant

18    pleading that are covered by this agreement or may file an amended replication that only

19    addresses independent medical claims.

20        DATED this _____ day of January, 2021.

21

22                                    Signed: 1/27/2021 03:39 PM

23

24                            ——— Senior Judge Claudia M. Burton ———

25

Page 9 -    STIPULATION OF THE PARTIES, ORDER APPOINTING SETTLEMENT COMPLIANCE JUDGE, AND
            LIMITED JUDGMENT OF DISMISSAL OF COVID-19 CLAIMS WITHOUT PREJUDICE

Law Office of Tara Herivel, LLC
811 S.W. Naito Parkway, Suite 420
Portland, Oregon 97204
Phone: (503) 893-5525
Tara@heriveldefense.com

**Ex. F, Page 16 of 19**

1 **SO AGREED TO BY THE PARTIES:**



2

3

4 **RICHARD WEAVER #8855258**          DATED this _25_ day of January, 2021.
  Plaintiff

5

6

7  _s/ Tara Herivel_                         DATED this _27_ day of January, 2021.
8 **TARA HERIVEL #070418**
   On Behalf of Plaintiffs

9

10

11  _s/ Matthew Maile_                        DATED this _27_ day of January, 2021.
   **MATTHEW MAILE #181761**
12 Assistant Attorney General
   On behalf of Defendants

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 10 – STIPULATION OF THE PARTIES, ORDER APPOINTING SETTLEMENT COMPLIANCE JUDGE, AND
          LIMITED JUDGMENT OF DISMISSAL OF COVID-19 CLAIMS WITHOUT PREJUDICE

Law Office of Tara Herivel, LLC
811 S.W. Naito Parkway, Suite 420
Portland, Oregon 97204
Phone: (503) 893-5525
Tara@heriveldefense.com

**Ex. F, Page 17 of 19**

**CERTIFICATE OF READINESS**

1

2      This proposed **STIPULATION OF THE PARTIES, ORDER APPOINTING**

3  **SETTLEMENT COMPLIANCE JUDGE, AND LIMITED JUSTMENT OF DISMISSAL**

4  **OF COVID-19 CLAIMS WITHOUT PREJUDICE** is ready for judicial signature because:

5  1.    [ X ]    Each party affected by this order or judgment has stipulated to the order or

6  judgment, as shown by each opposing party's signature on the document being submitted.

7  2.    [   ]    Each party affected by this order or judgment has approved the order or judgment,

8  as shown by each party's signature on the document being submitted or by written confirmation

9  of approval sent to me.

10  3.    [   ]    I have served a copy of this order or judgment on each party entitled to service

11  and:

12          a.    [   ]    No objection has been served on me.

13          b.    [   ]    I received objections that I could not resolve with a party despite

14  reasonable efforts to do so. I have filed a copy of the objections I received and indicated which

15  objections remain unresolved.

16          c.    [   ]    After conferring about objections, [role and name of objecting party]

17  agreed to independently file any remaining objection.

18  4.    [   ]    Service is not required pursuant to subsection (3) of this rule, or by statute, rule,

19  or otherwise.

20  5.    [   ]    This is a proposed judgment that includes an award of punitive damages and

21  notice has been served on the Director of the Crime Victims' Assistance Section as required by

22  subsection (5) of this rule.

23          DATED January __27__, 2021.

24                                              _s/ Matthew A. Maile_
                                                YUFENG LUO #184009
                                                MATTHEW MAILE #181761
25                                              Assistant Attorneys General
                                                Trial Attorneys
26                                              Yufeng.Luo@doj.state.or.us
                                                Matthew.Maile@doj.state.or.us
                                                Of Attorneys for Defendant

1    **CERTIFICATE OF SERVICE**

2         I certify that on January __27__, 2021, I served the foregoing PROPOSED STIPULATION

3    OF THE PARTIES, ORDER APPOINTING SETTLEMENT COMPLIANCE JUDGE, AND

4    LIMITED JUSTMENT OF DISMISSAL OF COVID-19 CLAIMS WITHOUT PREJUDICE

5    upon the parties hereto by the method indicated below, and addressed to the following:

6    Tara J. Herivel                 ___ HAND DELIVERY

7    Law Office of Tara Herivel, LLC     ___ MAIL DELIVERY
    811 SW Naito Pkwy, Ste. 420      ___ OVERNIGHT MAIL

8    Portland, OR 97204              _X_ SERVED BY E-FILING
       *Attorney for Plaintiff*        ___ SERVED BY E-MAIL

9                                (tara@heriveldefense.com)

10

11

12                        ___*s/ Matthew A. Maile*___
                    YUFENG LUO #184009

13                        Assistant Attorney General
                    MATTHEW A. MAILE #181761

14                        Assistant Attorney General
                    Trial Attorneys

15                        Tel (503) 947-4700
                    Fax (503) 947-4791

16                        Yufeng.Luo@doj.state.or.us
                    Matthew.Maile@doj.state.or.us

17                        Of Attorneys for Defendant

18

19

20

21

22

23

24

25

26

Page 1 -    CERTIFICATE OF SERVICE
        YL2/cro/