UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 01 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

RICHARD F. WEAVER, Jr.,

           Petitioner - Appellee,

 v.

BRIGITTE AMSBERRY,

           Respondent - Appellant.

No. 22-35182

D.C. No. 2:16-cv-02226-MO
U.S. District of Oregon, Pendleton

**MANDATE**

The judgment of this Court, entered May 10, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

           FOR THE COURT:

           MOLLY C. DWYER
           CLERK OF COURT